Held
10-27-03

10/01/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Alan H. Nevas, U.S.D.J.
915 Lafayette Boulevard
Bridgeport

October 27, 2003

3:15 p.m.

Any request for postponment should be directed to Alice Montz 203-579-5952

    CASE NO.  3-02-cv-462 Calf Island v Young Men's
              3-03-cv-275 USA v 28.8 Acres of Land
    ----------------------------------------------------

        COUNSEL OF RECORD:

| | | |
|---|---|---|
| Philip H. Bartels | | Holland Kaufmann & Bartels, 289 Greenwich Ave., Greenwich, CT 203-869-5600 |
| John C. Fusco | | Holland Kaufmann & Bartels, 289 Greenwich Ave., Greenwich, CT 203-869-5600 |
| John B. Hughes | π | U.S. Attorney's Office, 157 Church St., PO Box 1824 23rd Floor, New Haven, CT 203-821-3700 |
| Brenden P. Leydon | π | Tooher & Wocl, 1100 Summer St., Stamford, CT 324-6164 |
| Joy Ryan | π | U.S. Department of Justice, P.O. Box 581, Washington, DC 202-305-0298 |
| Jay H. Sandak | | Sandak Hennessey & Greco, 970 Summer Street, Stamford, CT 203-425-4200 |
| Mary E. Sommer | △ | Sandak Hennessey & Greco, 970 Summer Street, Stamford, CT 203-425-4200 |

Van Munridge
(no appearance)  → ¶ Community Trust

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK