FILED

2003 OCT 28  A 11: 04

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
(At Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, )<br>ET AL )<br> )<br>Plaintiffs,)<br>v. )<br> )<br>YOUNG MEN'S CHRISTIAN )<br>ASSOCIATION OF GREENWICH, )<br>(YMCA), ET AL, )<br> )<br>Defendants.) | CASE NO.3-02-CV-462<br><br><br><br><br><br><br><br><br>OCTOBER 27, 2003 |

### NOTICE OF APPEARANCE

**PLEASE ENTER MY APPEARANCE**, in the above-entitled action as counsel for the Plaintiffs, *THE CALF ISLAND COMMUNITY TRUST and MARILYN TSAI*.

Dated at Stamford, Connecticut, this 27th day of October, 2003.
THE CALF ISLAND COMMUNITY TRUST AND
MARILYN TSAI

BY: _____
John V. A. Murray/ct06756
Of Counsel
DISERIO MARTIN O'CONNOR &
  CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
(203) 358-0800

**CERTIFICATE OF SERVICE**

    This is to certify that a copy of the foregoing was mailed to all counsel and pro se parties of record:

United States Attorney
Attorney For Plaintiff
John Hughes, Civil Chief
P. O. Box 1824
New Haven, CT 06058

Philip H. Bartels, Esq.
Attorney For YMCA
Holland, Kaufman & Bartels
289 Greenwich Avenue
Greenwich, CT 06830

Jay H. Sandak, Esq.
Mary E. Sommer, Esq.
Attorney for Trust For Public Land
Sandak, Hennessey & Greco
970 Summer Street
Stamford, CT 06905

Joy Ryan, Attorney
U.S. Department of Justice
P. O. Box 561
Ben Franklin Station
Washington, DC 20044

Dated:    Stamford, CT
            10/27/03

                                                  John V. A. Murray/ct06756