UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI<br><br>v.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND (INC.) | CIVIL NO. 3-02-CV-462 (AHN)<br><br>2004 FEB 27  P 1: 44 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | CIVIL NO. 3-03-CV-275 (AHN)<br><br><br><br><br><br><br><br>February 25, 2004 |

## YMCA's AFFIDAVIT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

**Subject Pleading**:   The 2/13/02 Complaint filed in the above-entitled Master Case by The Calf Island Community Trust, Inc. and Marlyn Tsai

---

PERSONALLY APPEARED **JOHN P. EIKREM**, who being duly sworn, deposes and says:

1.   **Affiant**. I am over the age of 18 years and believe in the obligation of an oath. I have been the President and Chief Executive Officer of the Young Men's Christian Association of Greenwich (the "YMCA") since 6/97. The YMCA is a Connecticut nonstock corporation that has been granted §501(c)(3) tax-exempt status.

- 1 -

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)                • John P. Eikrem's YMCA Affidavit

2.  **The YMCA**. Since its chartering by the Connecticut General Assembly by a special resolution on 5/21/15 (as: "Young Men's Christian Association of Greenwich"), the YMCA has never changed its corporate name.

3.  **The Subject Premises: Calves Island (*a/k/a,* Calf Island), Greenwich, CT**. In connection with the subject premises ("Calves Island") in Greenwich, CT, and more specifically with regard to the 6/21/55 Deed to the YMCA from the four donors (the "6/21/55 Four Donors") in connection with Calves Island, which was recorded on 6/24/55 in Book 538, at Page 93, of the Greenwich, CT Land Records (the "GLR"): (i) since said 6/24/55 date of recording of the 6/21/55 Deed, the YMCA was the fee simple owner of record of Calves Island until 2/13/03, when, as a result of the simultaneous 2/13/03 filing of the Condemnation Complaint in the above-entitled Member Case and the Government's 2/13/03 deposit of $6M with the Clerk of the Court of the estimated compensation for the property, the fee simple title to the Island vested in the United States; (ii) during its 6/21/55-2/13/03 period of ownership, the YMCA did not convey away any easements or other interests in the Island; and (iii) to the best of my knowledge, the Island was commonly known as "Calves Island" for many years prior to the execution of the 6/21/55 Deed (and probably as far back as the 1/31/16 date of the Survey, entitled "Calves Island, Greenwich, Conn., Property of Hunter S. Marston, Scale 1" = 100'," which was filed as Map No. 559 in the Office of the Town Clerk of Greenwich on 2/14/16 — *See* Exhibit "J" to the YMCA's Local Rule 56(a)(1) Statement of Material Facts, filed herewith).

4.  **A Review of the GLR**. I have been apprised by John M. Sabia, a Certified Paralegal (who has a specialization in land records research) with the YMCA's Law Firm, Holland Kaufmann & Bartels, LLC, of the following facts that are relevant herein with respect to the GLR: (i) other than via the 6/21/55 Deed, none of the 6/21/55 Four Donors transferred on the GLR any interest (fee simple or otherwise) in Calves Island; and (ii) The Calf Island Community Trust, Inc., which was incorporated via the filing on 6/18/01 of its 6/14/01 Certificate of Incorporation with the Connecticut Secretary of the State, has not owned any real property in Greenwich.

5.  **Testimony**. If I were to appear in any proceeding in connection with the foregoing, I would testify as to the truth of the same.

AFFIANT

*[signature]*
John P. Eikrem

- 2 -

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)     • *John P. Eikrem's YMCA Affidavit*

## SUBSCRIPTION

STATE OF CONNECTICUT )
                             ) ss: Greenwich           February 25, 2004
COUNTY OF FAIRFIELD    )

SUBSCRIBED and SWORN to before me on February 25, 2004.

_____
Philip H. Bartels
Notary Public
My Commission Expires: 11/30/04

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)        • John P. Eikrem's YMCA Affidavit

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, to all formal and informal Counsel of Record on February 25, 2004:

John Hughes, Esq.
Civil Chief
United States Attorneys' Office
Box 1824
New Haven, CT 06508

Joy Ryan, Esq.
United States Department of Justice
Environment and Natural Resources
Division, Land Acquisition Section
P.O. Box 561
Ben Franklin Station
Washington, DC 20044

John Van Allen Murray, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

Mary E. Sommer, Esq.
Sandak, Friedman, Hennessy & Greco, LLC
970 Summer Street
Stamford, CT 06905

_____
Philip H. Bartels

PHB/sk
U:\PHB\PROPERTY\YMCA\YMCA.Eikrem. Affidavit.wpd