UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI | CIVIL NO. 3-02-CV-462 (AHN) |
| v. | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND (INC.) | |
| UNITED STATES OF AMERICA | CIVIL NO. 3-03-CV-275 (AHN) |
| v. | |
| 28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | February 25, 2004 |

**DEFENDANT YMCA'S LOCAL RULE 56(a)(1) STATEMENT OF MATERIAL FACTS**

*Subject Pleading*: The 2/13/02 Complaint filed in the above-entitled Master Case by The Calf Island Community Trust, Inc. and Marlyn Tsai

In connection with the above-referenced 2/13/02 "State Court" Complaint (Exhibit "A" hereto), defendant **Young Men's Christian Association of Greenwich ("YMCA")** hereby files this Local Rule 56(a)(1) Statement of Material Facts in Support of its Motion for Summary Judgment, of even date herewith.

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)

YMCA's Local Rule 56(a)(1)
Statement of Material Facts

1. **The 6/21/55 Restrictive Covenant.** In the 6/21/55 Quitclaim Deed (Exhibit "B" hereto—the "6/21/55 Deed") by four donors (the "6/21/55 Four Donors"), which conveyed Calves Island to the YMCA, there was a certain restrictive covenant (the "6/21/55 R/C") which, at Paragraph 1, required in connection with any non-YMCA (or any non-YMCA successor entity) owner of Calves Island that it "shall never be used for any purpose other than residential purposes".

2. **The Two Tsai Deeds.** In the 6/21/55 Deed, none of the 6/21/55 Four Donors (who were the only persons with an interest in the Island, fee simple or otherwise, as of 6/21/55) retained therein any interest in Calves Island nor did they convey thereby any interest (contingent or otherwise) in the Island to any third party other than the YMCA. Instead, the 6/21/55 conveyance to the YMCA was of a 100% wholly unencumbered interest in the fee simple to the YMCA. Confirmation of said 6/21/55 conveyance to the YMCA of all interests that were held by the 6/21/55 Four Donors in and to the Island is the fact that, in the chain of title with respect to 109 Byram Shore Road (the "Tsai Premises"), Greenwich, Connecticut, which was owned by one of the 6/21/55 Four Donors (Rowena Lee Teagle) at the time of the 6/21/55 Deed: (i) in the 11/21/69 Teagle Executors' Deed (Exhibit "C") to Gerald Tsai (the now-former Husband of plaintiff Marlyn Tsai), the conveyance of the Tsai Premises did not include any interest in, or even make any reference to, Calves Island; and (ii) said "absences" in the 11/21/69 Deed were confirmed in the next deed for the Tsai

-2-

Case 3:02-cv-00462-AHN   Document 50   Filed 02/27/2004   Page 3 of 8

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)

•YMCA's Local Rule 56(a)(1)
Statement of Material Facts

Premises, viz., the 6/24/86 Deed (Exhibit "D") from Mr. Tsai to Mrs. Tsai, which subsequent Deed similarly did not convey any interest in, or even include any reference to, Calves Island.

3.   **The YMCA**.  The YMCA was chartered on 5/21/15 by a special resolution of the Connecticut General Assembly as: "Young Men's Christian Association, of Greenwich", which corporate name has not been changed.  In the 6/21/55 Deed, the 6/21/55 Four Donors conveyed title to exactly the said named entity (but with the superfluous addition of "Connecticut" at the end of said corporate name); and, the YMCA's 7/3/16 Certificate of Organization (Exhibit "E"), which was executed pursuant to said 5/21/15 Resolution, was filed on 7/12/16 with the Connecticut Secretary of the State (the "CSOS").  (See Exhibit "K" Re: Sections 3419 and 3420 of the CT General Statutes, Revision of 1902, as amended in 1903 and 1907, as restated and unchanged in the Revision of 1918, which sections are applicable to the General Assembly's 5/21/15 chartering of the YMCA).

4.   **The Validity of the 6/21/55 Deed**.   First, as discussed in Paragraph 3 above, the grantee (the YMCA) of the 6/21/55 Deed was clearly and properly named. Second, Calves Island has been known by said name since at least the 2/14/16 filing of a 1/31/16 Survey of the Island as Map No. 559 (Exhibit "J") in the Office of the Town Clerk of Greenwich.  In addition, The Island Corporation, which was the owner

-3-

No. 3-02-CV-462 (AHN) (Master Docket)  
No. 3-03-CV-275 (AHN) (Member Case)  
(United States District Court, at Bridgeport, CT)

•YMCA's Local Rule 56(a)(1)  
Statement of Material Facts

of Calves Island from 1921-1955, respectively received and then conveyed title in the 2/23/21 and 6/17/55 deeds (Exhibits "H" and "I") to the property, each of which deeds designated the property as the "piece [which] is commonly known as Calves Island". The 6/21/55 Deed similarly referred to the property as the piece "commonly known as Calves Island". Third, with respect to a related matter, the 6/21/55 Deed had the proper notary acknowledgments (Re: the grantor's "free act and deed") for each of the 6/21/55 Four Donors as then-required by §7805 of the Connecticut General Statutes, Revision of 1949 (Exhibit "L") (*now*: C.G.S. §47-5(a)(3)). Fourth and finally, other than in the 6/21/55 Deed, none of the 6/21/55 Four Donors transferred any interest on the Greenwich Land Records with respect to the Island.

5. **The Trust has never had any members, nor has it owned any Greenwich real property**. The Calf Island Community Trust, Inc. (the "Trust") was incorporated via a 6/14/01 Certificate of Incorporation (the "6/14/01 C/I") (Exhibit "F"), which was filed on 6/18/01 with the CSOS. In Paragraph 2(A) of the 6/14/01 C/I, the following prohibition is set forth: "The Corporation shall *not* have members". (Emphasis supplied). In addition, as confirmed via the 2/24/04 CSOS "CONCORD" website printout (Exhibit "G"), the 6/14/01 C/I has not been amended. Thus, the Trust has remained *ab initio* without members. Finally, the Trust has never owned any real property in Greenwich nor has it asserted herein any such ownership; and therefore it can make no claim as a real property successor-in-title to any of the 6/21/55 Four

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)

•YMCA's Local Rule 56(a)(1)
Statement of Material Facts

Donors.

6.  **The YMCA's 1955-2003 Ownership of Calves Island.**  The YMCA was the fee simple owner of Calves Island: (i) from the 6/21/55 date of the 6/21/55 Four Donors' Deed and from the 6/24/55 date of recording of the 6/21/55 Deed until the 2/13/03 date of the Government's simultaneous filing of its 2/13/03 Declaration of Taking Act Complaint (40 U.S.C. §258a) and its 2/13/03 deposit with the Court Clerk of the $6M of "estimated compensation stated in the [Complaint]", *Ibid.*; and (ii) the YMCA did not grant any easements or convey any other interests in Calves Island to Mrs. Tsai or anyone else during its 1955-2003 period of ownership.

\* \* \*

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)

YMCA's Local Rule 56(a)(1)
Statement of Material Facts

• Dated February 25, 2004 at Greenwich, CT.

**DEFENDANT**
Young Men's Christian Association
of Greenwich, a/k/a

By: *[signature]* Philip H. Bartels

For: Holland, Kaufmann & Bartels, LLC
Its Attorneys
289 Greenwich Avenue
Greenwich, CT 06830-6595
(203) 869-5600 * (Fax) 869-4648
(Federal Bar No. ct06836)

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, to all formal and informal Counsel of Record on February 25, 2004:

John Hughes, Esq.
Civil Chief
United States Attorneys' Office
Box 1824
New Haven, CT 06508

Joy Ryan, Esq.
United States Department of Justice
Environment and Natural Resources
Division, Land Acquisition Section
P.O. Box 561
Ben Franklin Station
Washington, DC 20044

John Van Allen Murray, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

Mary E. Sommer, Esq.
Sandak, Friedman, Hennessy & Greco, LLC
970 Summer Street
Stamford, CT 06905

*[signature]*
Philip H. Bartels

-6-

| | | |
|---|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI | ) ) ) ) | CIVIL NO. 3-02-CV-462 (AHN) |
| v. | ) ) | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND (INC.) | ) ) ) ) ) | |
| UNITED STATES OF AMERICA | ) ) | CIVIL NO. 3-03-CV-275 (AHN) |
| v. | ) ) | |
| 28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | ) ) ) ) ) ) ) ) | |

**DEFENDANT YMCA'S LOCAL RULE 56(a)(1) STATEMENT OF <u>MATERIAL FACTS</u>**

### *TABLE OF EXHIBITS*

| No. | Document | Dated |
|---|---|---|
| A | "State Court" Complaint | 2/13/02 |
| B | Quitclaim Deed conveying Calves Island from the Four Donors to the YMCA (Book 538, Page 93, of the Greenwich, CT Land Records—the "GLR") | 6/21/55 |
| C | Executors' Deed conveying 109 Byram Shore Road (the "Tsai Premises"), Greenwich, CT to Gerald Tsai (GLR Book 794, Page 294) | 11/21/69 |
| D | Warranty Deed conveying the Tsai Premises from Gerald Tsai to Marlyn Tsai (GLR Book 1588, Page 225) | 6/24/86 |

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)

• YMCA's Local Rule 56(a)(1)
Statement of Material Facts

| No. | Document | Dated |
|---|---|---|
| E | YMCA's Certificate of Organization (filed with the CT Secretary of the State on 7/12/16 pursuant to the CT General Assembly's 5/21/15 Special Resolution chartering the YMCA) (***N.B.** — Certified Copies of this Exhibit E, and the above Exhibits B–D, were previously filed with the Court as Exhibits to the YMCA's 7/29/03 Opposition Memorandum of Law filed in the Member Case of this Consolidated Action.) | 7/3/16 |
| F | 12/15/03 Certified Copy of the Certificate of Incorporation (the "Trust's 6/14/01 C/I") of The Calf Island Community Trust, Inc. which was filed on 6/18/01 with the CT Secretary of the State | 6/14/01 |
| G | Printout from the CT Secretary of the State's "CONCORD" Website Re: the fact that the Trust's 6/14/01 C/I has *not* been amended | 2/24/04 |
| H | 12/16/03 Certified Copy of the Warranty Deed conveying "Calves Island" to The Island Corporation ("TIC") (GLR Book 187, Page 90) | 2/23/21 |
| I | 12/16/03 Certified Copy of the Quitclaim Deed by TIC conveying "Calves Island" to the 6/21/55 Four Donors (or their immediate predecessors-in-title)(GLR Book 538, Page 69) | 6/17/55 |
| J | Reduced copy of the 12/16/03 Certified Copy of a Survey entitled, "Calves Island, Greenwich, Conn., Property of Hunter S. Marston, Scale 1" = 100'", filed 2/14/16 as Map No. 559 in the Office of the Greenwich, CT Town Clerk | 1/31/16 |
| K | CT General Statutes, Revision of 1902: Title XXXII ("Corporations"), as amended in 1903 and 1907, as restated and unchanged at Sections 3419 and 3420 of the Revision of 1918 | 1918 |
| L | CT General Statutes, Revision of 1949: Title 56, "Land Titles", at Section 7085 ("Conveyances"); and C.G.S. §47-5 (P.A. 96-77, §16) (Re: 4 requirements for a valid deed) | 1949 and 1996 |

\* \* \*

U:\PHB\PROPERTY\YMCA\Statement of Material Facts