UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

**FILED**
2004 FEB 27 P 1:55
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| THE CALF ISLAND COMMUNITY ) <br> TRUST, INC., and MARLYN TSAI ) <br> ) <br> v. ) <br> ) <br> YOUNG MEN'S CHRISTIAN ASSOCIATION ) <br> OF GREENWICH, a/k/a, YMCA OF GREENWICH, ) <br> THE TRUST FOR PUBLIC LAND, d/b/a, ) <br> THE TRUST FOR PUBLIC LAND (INC.) ) <br> ) | CIVIL NO. 3-02-CV-462 (AHN) |
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> 28.8 ACRES OF LAND, MORE OR LESS, ) <br> LOCATED OFF THE COAST OF ) <br> GREENWICH, SITUATED IN THE COUNTY ) <br> OF FAIRFIELD, STATE OF CONNECTICUT, ) <br> YOUNG MEN'S CHRISTIAN ASSOCIATION ) <br> OF GREENWICH, CONNECTICUT (YMCA), ) <br> AND UNKNOWN OWNERS, ET AL. ) <br> ) | CIVIL NO. 3-03-CV-275 (AHN) <br><br><br><br><br><br><br><br><br><br> February 25, 2004 |

## DEFENDANT YMCA'S ANSWER AND AFFIRMATIVE DEFENSES

**Subject Pleading:** The 2/13/02 Complaint filed in the above-entitled Master Case by The Calf Island Community Trust, Inc. and Marlyn Tsai

In connection with the above-referenced 2/13/02 "State Court" Complaint, defendant **Young Men's Christian Association of Greenwich ("YMCA")** hereby files the following Answer and Affirmative Defenses:

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)                    •YMCA's Answer and
(United States District Court, at Bridgeport, CT)           Affirmative Defenses

## COUNT ONE

1. The YMCA admits the allegations of said Paragraph; except that it has insufficient information and belief with respect to the subject place of business, and therefore leaves the plaintiffs to their proof with respect to the same.

2. The YMCA admits the allegations of said Paragraph; except that it has insufficient information and belief with respect to Mrs. Tsai's residency, and therefore leaves the plaintiffs to their proof with respect to the same.

3, 4, 7 and 8. The YMCA admits the allegations of said Paragraphs.

5. The YMCA admits the allegations of said Paragraph; except that it denies the allegations "purporting to" and "running to the benefit of the Releasors' remaining property".

6 and 9-12. The YMCA denies the allegations of said Paragraphs.

## COUNT TWO

1-12. The YMCA incorporates herein its Answers to Paragraphs 1-12 of Count One.

13-15. The YMCA denies the allegations of said Paragraphs.

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)

•YMCA's Answer and
Affirmative Defenses

## COUNT THREE

1-12.   The YMCA incorporates herein its Answers to Paragraphs 1-12 of Count One.

13.   The YMCA admits the allegations of said Paragraph that Calves Island has been used for certain educational and recreational uses; but it has insufficient information and belief with regard to the "wishes" of the 5/21/55 Releasors (except as the same are set forth in the express terms of the 6/21/55 Deed), and therefore leaves the plaintiffs to their proof with respect to the same.

14.   The YMCA denies the allegations of Paragraph 14; except that it has insufficient information and belief with regard to the purposes of the Plaintiff Trust, and therefore leaves the plaintiffs to their proof with respect to the same.

15, 16 and 17.   The YMCA denies the allegations of said Paragraphs.

## COUNT FOUR

1-17.   The YMCA incorporates herein its Answers to Paragraphs 1-17 of Count Three.

18-19.   The YMCA denies the allegations of said Paragraphs.

## FIRST AFFIRMATIVE DEFENSE (Re: First and Second Count)

Because Mrs. Tsai has no real property interest in Calves Island, thus, she has no standing in connection with any of the claims in Counts One and Two.

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)

•YMCA's Answer and
Affirmative Defenses

## SECOND AFFIRMATIVE DEFENSE (Re: Third and Fourth Count)

Because The Calf Island Community Trust, Inc. has no members, thus, it has no standing in connection with any of the claims in Counts Three and Four.

\*   \*   \*

•Dated February 25, 2004 at Greenwich, CT.

**DEFENDANT**
Young Men's Christian Association
of Greenwich, *a/k/a*

By: _____
Philip H. Bartels

For: Holland, Kaufmann & Bartels, LLC
Its Attorneys
289 Greenwich Avenue
Greenwich, CT 06830-6595
(203) 869-5600 * (Fax) 869-4648
(Federal Bar No. ct06836)

-4-

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)   •YMCA's Answer and
(United States District Court, at Bridgeport, CT)   Affirmative Defenses

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, to all formal and informal Counsel of Record on February 25, 2004:

John Hughes, Esq.
Civil Chief
United States Attorneys' Office
Box 1824
New Haven, CT 06508

Joy Ryan, Esq.
United States Department of Justice
Environment and Natural Resources
Division, Land Acquisition Section
P.O. Box 561
Ben Franklin Station
Washington, DC 20044

John Van Allen Murray, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

Mary E. Sommer, Esq.
Sandak, Friedman, Hennessy & Greco, LLC
970 Summer Street
Stamford, CT 06905

_____
Philip H. Bartels

U:\PHB\PROPERTY\YMCA\Answer and Affirmative Defenses