# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT
## (At Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI | CASE NO. 3-02-CV-462(AHN) |
| v. | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND d/b/a THE TRUST FOR PUBLIC LAND (INC.) | |
| UNITED STATES OF AMERICA, | CASE NO. 3-03-CV-275(AHN) |
| v. | |
| 28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUTATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET. AL. | |
| | MARCH 17, 2004 |

## MOTION FOR EXTENSION OF TIME

The Plaintiffs, **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** in Civil No. 3-02-CV-462 (AHN) move for an extension of time to April 19, 2004 in which to file responsive pleadings to the Defendant, **YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH**'s Motion For Summary Judgment dated February 25, 2004.

The Defendants, **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** in Civil No. 3-03-CV-275 (AHN) move for an extension of time to April 19, 2004 in which to file responsive pleadings to the Plaintiff,

*UNITED STATES OF AMERICA's* Motion For Partial Judgment on the Pleadings dated February 25, 2004.

The undersigned counsel for **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** has confirmed with counsel for the **UNITED STATES OF AMERICA, THE YOUNG MEN'S CHRISTIAN ASSOCIATION and THE TRUST FOR PUBLIC LAND, INC.** and represents that they support and have no objection to this Motion For Extention of Time.

Wherefore, **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** respectfully move for an extension of time until April 19, 2004 to respond to **YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH's** Motion For Summary Judgment dated February 25, 2004 and **UNITED STATES OF AMERICA's** Motion For Partial Judgment on the Pleadings dated February 25, 2004.

Dated at Stamford, Connecticut, this 17 day of March 2004.

```
                              THE CALF ISLAND COMMUNITY TRUST AND
                              MARILYN TSAI

                              BY: _____
                                  John V. A. Murray/ct06756
                                  Of Counsel
                              DISERIO MARTIN O'CONNOR &
                                 CASTIGLIONI LLP
                              One Atlantic Street
                              Stamford, CT 06901
                              (203) 358-0800
```

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed to all counsel and pro se parties of record on March 17, 2004:

United States Attorney
Attorney For Plaintiff
John Hughes, Civil Chief
P. O. Box 1824
New Haven, CT 06058

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust For Public Land (Inc.)
33 Union Street
Boston, MA 02108

Philip H. Bartels, Esq.
Attorney For YMCA
Holland, Kaufman & Bartels
289 Greenwich Avenue
Greenwich, CT 06830

Mary E. Sommer, Esq.
Attorney for Trust For Public Land
Sandak, Hennessey & Greco
970 Summer Street
Stamford, CT 06905

Joy Ryan, Attorney
U.S. Department of Justice
P. O. Box 561
Ben Franklin Station
Washington, DC 20044

John V. A. Murray/ct06756