52

**FILED**

2004 MAR 19 P 1:54

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(At Bridgeport)

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, )<br>INC. and MARILYN TSAI )<br>)<br>v. )<br>)<br>YOUNG MEN'S CHRISTIAN )<br>ASSOCIATION OF GREENWICH, )<br>d/k/a YMCA OF GREENWICH, THE )<br>TRUST FOR PUBLIC LAND d/b/a )<br>THE TRUST FOR PUBLIC LAND (INC.) ) | CASE NO. 3-02-CV-462(AHN) |
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>28.8 ACRES OF LAND, MORE OR )<br>LESS, LOCATED OFF THE COAST OF )<br>GREENWICH, SITUTATED IN THE )<br>COUNTY OF FAIRFIELD, STATE OF )<br>CONNECTICUT, YOUNG MEN'S )<br>CHRISTIAN ASSOCIATION OF )<br>GREENWICH, CONNECTICUT (YMCA), )<br>AND UNKNOWN OWNERS, ET. AL. )<br>)<br>) MARCH 17, 2004 | CASE NO. 3-03-CV-275(AHN) |

FILED 2004 MAR 23 P 4:30 U.S. DISTRICT COURT BRIDGEPORT, CONN

**MOTION FOR EXTENSION OF TIME**

The Plaintiffs, **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** in Civil No. 3-02-CV-462 (AHN) move for an extension of time to April 19, 2004 in which to file responsive pleadings to the Defendant, **YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH**'s Motion For Summary Judgment dated February 25, 2004.

The Defendants, **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** in Civil No. 3-03-CV-275 (AHN) move for an extension of time to April 19, 2004 in which to file responsive pleadings to the Plaintiff,

3/22/04. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.