FILED

2004 APR -8 P 2:13

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(At Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, )<br>INC. and MARILYN TSAI             )<br>                                 )<br>v.                               )<br>                                 )<br>YOUNG MEN'S CHRISTIAN            )<br>ASSOCIATION OF GREENWICH,        )<br>a/k/a YMCA OF GREENWICH, THE     )<br>TRUST FOR PUBLIC LAND d/b/a      )<br>THE TRUST FOR PUBLIC LAND (INC.) ) | CASE NO.3-02-CV-462(AHN) |
| UNITED STATES OF AMERICA,        )<br>                                  )<br>v.                                )<br>                                  )<br>28.8 ACRES OF LAND, MORE OR      )<br>LESS, LOCATED OFF THE COAST OF   )<br>GREENWICH, SITUTATED IN THE      )<br>COUNTY OF FAIRFIELD, STATE OF    )<br>CONNECTICUT, YOUNG MEN'S         )<br>CHRISTIAN ASSOCIATION OF         )<br>GREENWICH, CONNECTICUT (YMCA),   )<br>AND UNKNOWN OWNERS, ET. AL.      )<br>                                  )<br>                                  )  APRIL 7, 2004 | CASE NO.3-03-CV-275(AHN) |

## MOTION FOR EXTENSION OF TIME

The Plaintiffs, **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** in Civil No. 3-02-CV-462 (AHN) move for an extension of time to May 5, 2004 in which to file responsive pleadings to the Defendant, **YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH**'s Motion For Summary Judgment dated February 25, 2004.

The Defendants, **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** in Civil No. 3-03-CV-275 (AHN) move for an extension of time to May 5, 2004 in which to file responsive pleadings to the Plaintiff,

*UNITED STATES OF AMERICA's* Motion For Partial Judgment on the Pleadings dated February 25, 2004.

The undersigned counsel for **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** has confirmed with counsel for the **UNITED STATES OF AMERICA, THE YOUNG MEN'S CHRISTIAN ASSOCIATION and THE TRUST FOR PUBLIC LAND, INC.** and represents that they support or have no objection to this Motion For Extention of Time.

Wherefore, **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** respectfully move for an extension of time until May 5, 2004 to respond to **YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH's** Motion For Summary Judgment dated February 25, 2004 and **UNITED STATES OF AMERICA's** Motion For Partial Judgment on the Pleadings dated February 25, 2004.

Dated at Stamford, Connecticut, this 7th day of April 2004.

THE CALF ISLAND COMMUNITY TRUST AND
MARILYN TSAI

BY: _____
John V. A. Murray/ct06756
Of Counsel
DISERIO MARTIN O'CONNOR &
   CASTIGLIONI LLP
One Atlantic Street
Stamford, CT 06901
(203) 358-0800

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed to all counsel and pro se parties of record on April 7th, 2004:

United States Attorney
Attorney For Plaintiff
John Hughes, Civil Chief
P. O. Box 1824
New Haven, CT 06058

Philip H. Bartels, Esq.
Attorney For YMCA
Holland, Kaufman & Bartels
289 Greenwich Avenue
Greenwich, CT 06830

Mary E. Sommer, Esq.
Attorney for Trust For Public Land
Sandak, Hennessey & Greco
970 Summer Street
Stamford, CT 06905

Joy Ryan, Attorney
U.S. Department of Justice
P. O. Box 561
Ben Franklin Station
Washington, DC 20044

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust For Public Land (Inc.)
33 Union Street
Boston, MA 02108

_____
John V. A. Murray/ct06756