#55

FILED
2004 APR -8 P 2: 13
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(At Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI<br><br>v.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND d/b/a THE TRUST FOR PUBLIC LAND (INC.) | CASE NO. 3-02-CV-462 (AHN) |
| UNITED STATES OF AMERICA,<br><br>v.<br><br>28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUTATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET. AL. | CASE NO. 3-03-CV-275 (AHN)<br><br><br>APRIL 7, 2004 |

## MOTION FOR EXTENSION OF TIME

The Plaintiffs, **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** in Civil No. 3-02-CV-462 (AHN) move for an extension of time to May 5, 2004 in which to file responsive pleadings to the Defendant, **YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH**'s Motion For Summary Judgment dated February 25, 2004.

The Defendants, **THE CALF ISLAND COMMUNITY TRUST, INC. and MARILYN TSAI** in Civil No. 3-03-CV-275 (AHN) move for an extension of time to May 5, 2004 in which to file responsive pleadings to the Plaintiff,

4/14/04. GRANTED. SO ORDERED.
ALAN HYNES, U.S.D.J.