Ex  2

## ACKNOWLEDGMENT

Commonwealth of Massachusetts          }
                                       } ss: Boston
COUNTY OF Suffolk                      }

On this 26th day of September, 2000, appeared Dorothy Nelson Stookey, known to me to be the Regional Counsel of the Trust for Public Land, and who executed the within instrument, and acknowledged to me that she executed the same, on behalf of the Trust for Public Land.

My Commission expires: July 26, 2007                  Brenda M. Ferreira
                                                      Notary Public  Brenda M. Ferreira

                                                      Suffolk County, Massachusetts.

The Secretary of the Interior, acting by and through his authorized representative, has executed Phase I of this amendment on behalf of the UNITED STATES on this 26th day of SEPTEMBER, 2000.

                                        THE UNITED STATES OF AMERICA

                            By _____
                                        Realty Officer, Division of Realty
                                        U.S. Fish and Wildlife Service

The Secretary of the Interior, acting by and through his authorized representative, has executed Phase II of this amendment on behalf of the UNITED STATES on this 28th day of September, 2000. 2001

                                        THE UNITED STATES OF AMERICA

                            By  Suzanne M. Oliveira
                                        Realty Officer, Division of Realty
                                        U.S. Fish and Wildlife Service

This instrument was prepared by Senior Realty Specialist Kenneth F. Bouchard, U.S. Fish and Wildlife Service, 300 Westgate Center Drive, Hadley, Massachusetts 01035-9589.

There are currently appropriated funds in the amount of $2,500,000.00 allocated by the U.S. Fish and Wildlife Service, Division of Realty for the acquisition of the subject property. This agreement is subject to and contingent upon the allocation of a total sum in the amount of $6,000,000.00 for the acquisition of the subject property by the U.S. Fish and Wildlife Service, Division of Realty.

The difference between the appraised value of the said property of $6,480,000.00 and the agreed sale price of $6,000,000.00 shall constitute a donation by the Trust for Public Land to the United States of America.

The parties do agree that the acquisition of the subject property is contingent upon the simultaneous closing of all phases of acquisition.

The parties do agree that the aforementioned Agreement for the Purchase of Lands is extended for a period of six months from the date of July 26, 2001.

The parties do agree that all other terms and conditions as set forth in the aforementioned Agreement for the Purchase of Lands will remain the same.

IN WITNESS WHEREOF, the grantor has hereunto signed it's name this

**26th** day of **September**, 2000.

In the presence of:

_Elle Ail Lund_
(Witness)

The Trust For Public Land

By _Dorothy Nelson Stookey_
Dorothy Nelson Stookey

(Title) Regional Counsel