Ex 3

There are currently appropriated funds in the amount of $2,500,000.00 allocated by the U.S. Fish and Wildlife Service, Division of Realty for the acquisition of the subject property. This agreement is subject to and contingent upon the allocation of a total sum in the amount of $6,000,000.00 for the acquisition of the subject property by the U.S. Fish and Wildlife Service, Division of Realty.

The difference between the appraised value of the said property of $6,480,000.00 and the agreed sale price of $6,000,000.00 shall constitute a donation by the Trust for Public Land to the United States of America.

The parties do agree that the acquisition of the subject property is contingent upon the simultaneous closing of all phases of acquisition.

The parties do agree that the aforementioned Agreement for the Purchase of Lands is extended for a period of six months from the date of July 26, 2001.

The parties do agree that all other terms and conditions as set forth in the aforementioned Agreement for the Purchase of Lands will remain the same.

IN WITNESS WHEREOF, the grantor has hereunto signed it's name this 26th day of September, 2000.

In the presence of:

_____
(Witness)

The Trust For Public Land

By _____
Dorothy Nelson Stookey

(Title) Regional Counsel