30. **Expiration.** This Agreement shall be of no force or effect, and shall be null and void, unless a fully-signed original of this Agreement, signed by both parties, is delivered to Buyer and received by Buyer no later than July 6, 1999.

31. **Confidentiality.** The parties hereto agree that the terms of this Agreement, including but not limited to the purchase price, shall remain confidential, and that copies of this Agreement, or the contents thereof, shall not be provided to anyone other than the parties or their respective attorneys, employees or representatives without the consent of the parties hereto, unless compelled to produce this Agreement pursuant to legal process, or by a requirement in connection with a sale to a governmental entity, or by law.

32. **Headings.** The headings used in this Agreement are for convenience of reference only and shall not operate or be construed to alter or affect the meaning of any of the provisions hereof.

33. **Representation.** Seller hereby acknowledges that neither The Trust for Public Land (Inc.) nor Donna H. Smith represented Seller as an attorney in this transaction and neither actually provided any legal advice, counsel or service to or on behalf of Seller. Seller further acknowledges that Donna H. Smith represented the interests of The Trust for Public Land (Inc.) solely in this transaction.

IN WITNESS of the foregoing provisions, the parties have executed and delivered this Agreement as of the date first set forth above:

SELLER:                              BUYER:

YMCA of GREENWICH                    THE TRUST FOR PUBLIC LAND (INC.)

By: _____        By: _____
Name: John T. Filsem                 Name: Francis W. Hatch
Title: CEO                           Title: Regional Director

15

# EXHIBIT A
## DESCRIPTION OF SUBJECT PROPERTY

The land with the buildings thereon which comprise Calves Island is located off the coast of Greenwich, Fairfield County, CT. The Subject Property is more particularly described in a deed filed with the Greenwich Land Records in Book 538, Pages 93-96 and is further identified on the Town of Greenwich Tax Map 44, Lot 6. The Island parcel is shown on plan attached as Exhibit A-1.



Exhibit A-1

B 302PG0155   1-29

ACKNOWLEDGMENT

State of Connecticut )
                      ) ss.
County of Fairfield  )

On this 30th day of June, 1999, before me appeared John P. Ckram, personally known to me to be the person who executed the within instrument as CEO of YMCA of Greenwich, a nonprofit Corporation, on behalf of the _____.

_Pamela Confalone_
Notary Public
My commission expires

PAMELA CONFALONE
NOTARY PUBLIC
MY COMMISSION EXPIRES JUL. 31, 200_

ACKNOWLEDGMENT

State of Massachusetts )
                        ) ss. Boston
County of Suffolk       )

On this 6th day of July, 1999, before me appeared Francis W. Hatch III, personally known to me to be the person who executed the within instrument as Regional Director of The Trust for Public Land (Inc.), a nonprofit California public benefit corporation, on behalf of the corporation.

_Brenda M. Ferreira_
Notary Public
My commission expires Aug __, __

302P60194

10885

## MEMORANDUM OF OPTION

THIS AGREEMENT made this 30th day of June, 1999 by and between the YMCA of Greenwich, a Corporation, having an address of 50 East Putnam Avenue, Greenwich, CT (the "Optionor") and THE TRUST FOR PUBLIC LAND (INC.), a nonprofit California public benefit corporation, having an office in New Haven, CT ("Optionee").

## WITNESSETH:

1. In consideration of the terms, conditions, covenants and agreements set forth in the Bargain Sale Option Agreement dated June 30th, 1999, Optionor granted to Optionee an option to purchase the real property (including any improvements and fixtures) of Optionor described on Exhibit A attached hereto and made a part hereof.

2. The option expires April 30, 2001, unless extended by Optionee to April 30, 2002.

3. The address of Optionor is: 50 East Putnam Avenue, Greenwich, CT 06830

4. The address of Optionee is: 383 Orange Street
   New Haven, CT 06511
   Attn: Tim Northrop, Project Manager

5. Copies of the Option Agreement are on file with Optionor and Optionee.

IN WITNESS WHEREOF, the parties have executed this instrument on the date above written.

WITNESSES:

Mary Ann Chidsey

YMCA of GREENWICH
By: [signature]
Its: CEO

WITNESSES:

Anne G. Truslow
[signature]
Soo Jung Kang

The Trust for Public Land (Inc.)
By: [signature]
Its: Regional Director