Ex 5

## STATUTORY AFFIDAVIT
## (C.G.S. §47-12a)

| | |
|---|---|
| OWNER/OPTIONOR: | Young Men's Christian Association, of Greenwich |
| SUBJECT PREMISES: | Calves Island (a/k/a Calf Island), Greenwich, CT |
| PURCHASER/OPTIONEE: | The Trust for Public Land (Inc.) |
| UNDERLYING PURCHASER/ REAL PARTY IN INTEREST: | The United States of America (Acting by and through the Secretary of the Interior) |
| SUBJECT YMCA/TPL AGREEMENT: | Bargain Sale Option Agreement between the YMCA and TPL (Dated 6/30/99, as amended) |
| SUBJECT TPL/U.S. AGREEMENT: | Agreement for the Purchase of Lands, between TPL and the U.S. (Dated 7/26/00, as amended) |
| DATE HEREOF: | March 12, 2002 |

PERSONALLY APPEARED Dorothy Nelson Stookey, who being duly sworn, deposes and says:

1. **Affiant.** I am over the age of 18 years and believe in the obligation of an oath. I was admitted to the Bar of the Commonwealth of Massachusetts on 6/7/79. Finally, I am the New England Regional Counsel for The Trust for Public Land (Inc.) ("TPL"), which is a California nonprofit public benefit corporation with an office at 383 Orange Street, New Haven, CT 06511, and with its New England Regional Office at 33 Union Street, Boston, MA 02108.

2. **The Subject Premises: Calves Island (a/k/a Calf Island), Greenwich, CT.** The premises (the "Premises") in Greenwich, CT, which are the subject of this Statutory Affidavit and of each of the agreements referenced herein, are more particularly described in a certain 6/21/55 Deed that was recorded on 6/24/55 in Book 538, at Page 93, of the Greenwich, CT Land Records.

3. **The YMCA/TPL 6/30/99 Agreement, as Amended.** There is a certain Bargain Sale Option Agreement, dated 6/30/99, as amended on 3/12/02 (the "YMCA/TPL Agreement"), between Young Men's Christian Association, of Greenwich (the "YMCA"), a Connecticut nonstock corporation with its principal office at 50 East Putnam Avenue, Greenwich, CT 06830, as the subject Owner and Optionor, and TPL, as the subject Purchaser and Optionee, as follows:

1

**Statutory Affidavit**  •  Subject Premises: Calves Island (a/k/a Calf Island), Greenwich, CT
(Dated March 12, 2002)

    (a) **The YMCA/TPL Option.** Pursuant to the terms of the YMCA/TPL Agreement, the YMCA granted a certain option (the "YMCA/TPL Option") to TPL to purchase the Premises. The term of the YMCA/TPL Option, as extended, currently runs from 6/30/99 through 12/31/02.

    (b) **Confirmation.** As TPL's New England Regional Counsel, I hereby confirm that the YMCA/TPL Agreement was validly entered into by, and continues to be an agreement in full force and effect between, the YMCA and TPL.

    4. **The U.S. 9/26/00 Purchase Agreement.** This is to confirm that TPL and the United States of America (acting by and through the Secretary of the Interior) (the "U.S.") have entered into a 9/26/00 Agreement for the Purchase of Lands (the "U.S. Purchase Agreement"), as follows:

    (a) **The U.S. Purchase Agreement.** Pursuant to the terms of the U.S. Purchase Agreement, TPL granted to the U.S. the right to purchase the Premises. Because the U.S. accepted and executed the U.S. Purchase Agreement within the contractually specified period of 6 months, therefore, by its terms the U.S. Purchase Agreement is not an option agreement to purchase real property, but instead it is a binding agreement by the United States to purchase real property, viz., the Premises.

    (b) **Confirmation.** As TPL's New England Regional Counsel, I hereby confirm that the U.S. Purchase Agreement was validly entered into by, and continues to be an agreement in full force and effect between, TPL and the U.S.

    5. **Copies of the Agreements.** A copy of each of the agreements referred to herein are located at the following Offices: (i) TPL's New England Regional Office at 33 Union Street, Boston, MA 02108; and (ii) at the Offices of the YMCA's General Counsel, Holland Kaufmann & Bartels, LLC, 289 Greenwich Avenue, Greenwich, CT 06830.

    6. **Testimony.** If I were to appear in any proceeding in connection with the foregoing, I would testify as to the truth of the same.

                            AFFIANT

                            *[signature]*
                            Dorothy Nelson Stookey

03-11-02 06:53pm From-HOLLAND KAUFMANN & BARTELS, LLC    12038694848    T-786 P.04/19 F-032

*Statutory Affidavit*
*(Dated March 12, 2002)*    • Subject Premises: **Calves Island (a/k/a Calf Island), Greenwich, CT**

## SUBSCRIPTION

49

50  STATE OF VERMONT    )
51                      ) ss: Stowe                                           March 12, 2002
52  COUNTY OF LAMOILLE  )

53    SUBSCRIBED and SWORN to before me on March 12, 2002.

54              JOHN CLARK                Notary Public
55           Notary Public, Vermont
56     My Commission Expires: 2/10/2003    My Commission Expires: 2/10/2003

57  _____
58  *Prepared by:*
59  Philip H. Bartels, Esq.
60  Holland Kaufmann & Bartels, LLC
61  289 Greenwich Avenue
62  Greenwich, CT 06830-6595
63  (203) 869-5600 * 203 869-4848

64  PHB/djl
65  U:\DJL\PROPERTY\YMCA\Statutory Affidavit.wpd

3

# UPDATED STATUTORY AFFIDAVIT
## (C.G.S. §47-12a)

| | |
|---|---|
| OWNER/OPTIONOR: | Young Men's Christian Association, of Greenwich |
| SUBJECT PREMISES: | Calves Island (a/k/a, Calf Island), Greenwich, CT |
| PURCHASER/OPTIONEE: | The Trust for Public Land (Inc.) |
| UNDERLYING PURCHASER/ REAL PARTY IN INTEREST: | The United States of America (Acting by and through the Secretary of the Interior) |
| SUBJECT YMCA/TPL AGREEMENT: | Bargain Sale Option Agreement between the YMCA and TPL (Dated 6/30/99, as amended) |
| SUBJECT TPL/U.S. AGREEMENT: | Agreement for the Purchase of Lands, between TPL and the U.S. (Dated 9/26/00) |
| DATE HEREOF: | May 9, 2002 |

PERSONALLY APPEARED **Dorothy Nelson Stookey**, who being duly sworn, deposes and says:

1. **Affiant; the 3/12/02 Statutory Affidavit.**

   (a) **Affiant.** I am over the age of 18 years and believe in the obligation of an oath. I was admitted to the Bar of the Commonwealth of Massachusetts on 6/7/79. Finally, I have been the New England Regional Counsel for The Trust for Public Land (Inc.) ("TPL") since 1999. TPL is a California nonprofit public benefit corporation with an office at 383 Orange Street, New Haven, CT 06511, and with its New England Regional Office at 33 Union Street, Boston, MA 02108.

   (b) **The 3/12/02 Statutory Affidavit.** This Updated Statutory Affidavit is an update to, and is in lieu of, my 3/12/02 Statutory Affidavit which was recorded on 3/13/02 in Book 3809, at Page 20, of the Greenwich, CT Land Records.

2. **The Subject Premises: Calves Island (a/k/a, Calf Island), Greenwich, CT.** The premises (the "Premises") in Greenwich, CT, which are the subject of this Statutory Affidavit and of each of the agreements referenced herein, are more particularly described: (i) on a certain 1/31/16 Survey entitled, "Calves Island, Greenwich, Conn., Property of Hunter S. Marston", and recorded on 2/14/16 in the Office of the Greenwich, CT Town Clerk as Map No. 559; (ii) in a certain 6/21/55 Deed

23  that was recorded on 6/24/55 in Book 538, at Page 93, of the Greenwich, CT Land
24  Records; and (iii) on a 11/14/98 Survey entitled, "Y.M.C.A. Calves Island, Greenwich
25  Harbor, Greenwich, Connecticut", and recorded on 3/13/02 in the Office of the
26  Greenwich, CT Town Clerk as Map No. 7634. (A reduced photocopy of each of the two
27  Maps is attached hereto).

28      3.   **The YMCA/TPL 6/30/99 Agreement, as Amended**. There is a certain
29  Bargain Sale Option Agreement, dated 6/30/99, as amended on 3/12/02 (the
30  "YMCA/TPL Agreement"), between Young Men's Christian Association, of Greenwich
31  (the "YMCA"), a Connecticut nonstock corporation with its principal office at 50 East
32  Putnam Avenue, Greenwich, CT 06830, as the subject Owner and Optionor, and TPL,
33  as the subject Purchaser and Optionee, as follows:

35      (a)  **The YMCA/TPL Option**. Pursuant to the terms of the YMCA/TPL
36  Agreement, the YMCA granted a certain option (the "YMCA/TPL Option") to TPL to
37  purchase the Premises. The term of the YMCA/TPL Option, as extended, currently runs
38  from 6/30/99 through 12/31/02.

40      (b)  **Confirmation**. As TPL's New England Regional Counsel, and as
41  TPL's signatory to the 3/12/02 Amendment, I hereby confirm that the YMCA/TPL
42  Agreement was validly entered into by, and continues to be an agreement in full force
43  and effect between, the YMCA and TPL.

45      4.   **The U.S. 9/26/00 Purchase Agreement**.
46       This is to confirm that TPL and the United States of America (acting
47  by and through the Secretary of the Interior) (the "U.S.") have entered into a 9/26/00
48  Agreement for the Purchase of Lands (the "U.S. Purchase Agreement"), as follows:

50      (a)  **The U.S. Purchase Agreement**. Pursuant to the terms of the U.S.
51  Purchase Agreement, TPL granted to the U.S. the right to purchase the Premises.
52  Because the U.S. accepted and executed the U.S. Purchase Agreement within the
53  contractually specified period of 6 months, therefore, by its terms the U.S. Purchase
54  Agreement is not an option agreement to purchase real property, but instead it is a
55  binding agreement by the United States to purchase real property, viz., the Premises.

57      (b)  **Confirmation**. As TPL's New England Regional Counsel, and as
58  TPL's signatory to the U.S. Purchase Agreement, I hereby confirm that the U.S.
59  Purchase Agreement was validly entered into by, and continues to be an agreement in
60  full force and effect between, TPL and the U.S.

62      5.   **Copies of the Agreements**. A copy of each of the agreements referred
63  to herein is located at the following Offices: (i) TPL's New England Regional Office at
64  33 Union Street, Boston, MA 02108; and (ii) at the Offices of the YMCA's General
65  Counsel, Holland Kaufmann & Bartels, LLC, 289 Greenwich Avenue, Greenwich, CT
66  06830.

**Updated Statutory Affidavit**
(Dated May 9, 2002)   • Subject Premises: Calves Island (a/k/a, Calf Island), Greenwich, CT

6. <u>Testimony</u>. If I were to appear in any proceeding in connection with the foregoing, I would testify as to the truth of the same.

AFFIANT

*[signature]*
Dorothy Nelson Stookey

### SUBSCRIPTION

COMMONWEALTH OF MASSACHUSETTS ) 
                              ) ss: Boston   May 9, 2002
COUNTY OF SUFFOLK             )

SUBSCRIBED and SWORN to before me on May 9, 2002.

*[signature]*
Brenda M. Ferreira
Notary Public
My Commission Expires: 7/26/07

---

**Prepared by:**
Philip H. Bartels, Esq.
Holland Kaufmann & Bartels, LLC
289 Greenwich Avenue
Greenwich, CT 06830-6595
(203) 869-5600 * 203 869-4648

PHB/djl
U:\DJL\PROPERTY\YMCA\Stookey Affidavit.rtf