EX 6

## MEMORANDUM OF ASSIGNMENT AND SECOND AMENDMENT

THIS AGREEMENT, made and entered into this 22nd day of August 2002, by and among The Trust for Public Land (Inc.), a nonprofit California public benefit corporation (the "Optionee"), the Young Men's Christian Association of Greenwich, a Connecticut nonstock corporation having an address of 50 East Putnam Avenue, Greenwich CT (the "Optionor"), and THE UNITED STATES OF AMERICA, acting by and through the Secretary of the Interior or her authorized representative (the "Second Optionee").

WHEREAS, the Optionor and Optionee have entered into a Bargain Sale Option Agreement dated June 30, 1999, as first amended on March 12, 2002, for the purchase of certain real property owned by the Optionor known as Calves Island located in Greenwich, CT; and

WHEREAS, pursuant to Section 23 of the said Option Agreement, the Optionee may assign its interest in the said Option Agreement to a federal agency; and

WHEREAS, the Optionee hereby exercises its right to assign its interest in the said Option Agreement to the United States of America, acting by and through the U.S. Department of the Interior, Fish and Wildlife Service (FWS).

NOW THEREFORE, in consideration of the terms, conditions, covenants and agreements set forth in the said Option Agreement and one ($1.00) dollar, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1. The above recitals shall be incorporated herein by reference.

2. The option term, as set forth in paragraph 2 of the said Option Agreement, shall now expire on June 30, 2003, unless extended by the Optionee, Optionor and Second Optionee for up to an additional term of a maximum of six (6) months.

3. The difference between the appraised value of the said property of $6,480,000.00 and the sale price of $6,000,000.00 shall constitute a donation by the Optionor to the United States of America.

4. The Optionor further agrees that during the period covered by this instrument officers and accredited agents of the United States shall have at all proper times the unrestricted right and privilege to enter upon said lands for all lawful purposes, including examination of said lands and the resources upon them.

5. It is understood and agreed that if the Secretary of the Interior determines that the title to said lands or any part thereof should be acquired by the United States of America by judicial proceedings, either to procure a safe title or, when it is in the public interest, to take immediate possession, or for any other reason, then the compensation to be claimed by the Optionor and the award to be made for said

lands in said proceedings shall be upon the basis of the six million ($6,000,000.00) dollar purchase price herein provided.

6. It is understood and agreed that Section 16 (payment of attorneys' fees and court costs) and Section 17 (indemnification against claims for broker's commission or finder's fee) of the said Option Agreement shall not apply to the United States of America and/or the FWS, and that the said Option Agreement is hereby amended with respect to the said provisions.

7. It is further mutually agreed that no Member of or Delegate to Congress, or Resident Commissioner, shall be admitted to any share or part of this contract or agreement, or to any benefit to arise thereupon. Nothing, however, herein contained in this Paragraph 7 shall be construed to extend to any incorporated company, where such contract or agreement is made for the general benefit of such corporation or company.

8. It is mutually agreed that the United States shall deposit the total land payment into a non-interest bearing escrow account and that the designated Escrow Agent shall disburse the funds at closing on behalf of the Optionor, it being understood and agreed that Escrow Agent shall disburse to Optionee at the closing all option consideration paid by Optionee to Optionor pursuant to the terms of the said Option Agreement.

9. In all other respects the said Option Agreement is hereby ratified and confirmed.

IN WITNESS WHEREOF, the parties hereto have caused this instrument to be executed by their duly authorized representatives on the day first above written.

In the presence of:

_____
PHILIP H. BARTELS

Young Men's Christian Association of Greenwich

By: _____ 8/22/02
(Title) BARBARA R. TAYLOR
ITS VICE PRESIDENT OF OPERATIONS

In the presence of:

_____
Brenda M. Ferreira

The Trust for Public Land (Inc.)

By _____
(Title) Regional Counsel

The Secretary of the Interior, acting by and through her authorized representative, has executed this agreement on behalf of THE UNITED STATES OF AMERICA on this ~~30th~~ day of ~~August~~ 2002.

SEPTEMBER
FRENCH
9-30-2

THE UNITED STATES OF AMERICA

By _____
(Title) REALTY OFFICER
U.S. Fish and Wildlife Service