Ex 7

# HOLLAND KAUFMANN & BARTELS, LLC
## ATTORNEYS-AT-LAW

289 Greenwich Avenue  
Greenwich, Connecticut 06830-6595

Telephone  
(203) 869-5600

FAX  
(203) 869-4648

Alexander J. Holland •  
Charles B. Kaufmann, III •  
Philip H. Bartels •  
Jean Mills Aranha •  
Lori E. Romano  
John C. Fusco †

• Also Admitted in New York  
† Also Admitted in Rhode Island

June 13, 2002

Anthony R. Conte, Esq.  
Regional Solicitor  
U.S. Department of the Interior  
One Gateway Center - Suite 612  
Newton, MA 02158-2802

My Client:   Young Men's Christian Association of Greenwich

Subject Premises:   Calves Island (25.9 Acres)  
Greenwich, CT 06830

Dear Mr. Conte:

Pursuant to my 5/30/02 conversation with John Hughes, Chief of the Civil Division, United States Attorney's Office in New Haven, and further to your earlier 4/30/02 conversation with John Eikrem, the President and Chief Executive Officer of my client, this is to confirm: (i) my client hereby respectfully requests that the United States commence a "friendly" condemnation proceeding pursuant to 28 U.S.C. §1358 (a "§1358 Proceeding"), and related statutes, against my client in order to acquire the fee simple of Calves Island; (ii) the relief that my client requests to be entered therein, in addition to the fee simple acquisition by the United States, would include a valuation of the Island at $6M, which is the same as the purchase price for the Island in the 9/26/00 Agreement for the Purchase of Lands between the United States (acting by and through the Department of the Interior) and my client's allied organization, The Trust for Public Land (Inc.) ("TPL"); and (iii) my client requests that the §1358 Proceeding be commenced as expeditiously as possible in order that my client can then hopefully be able to significantly decrease using its limited charitable assets for its ongoing legal fees and related expenses defending against the lawsuit that was initiated against my client (and also against TPL) via a 2/13/02 Complaint. (In connection with said lawsuit, it is now pending, as you know, upon its removal from the Connecticut Superior Court, in the United States District Court, at Bridgeport, in Case No. 3-02-CV-462 (AHN), but there is a still-to-be-decided 4/9/02 Motion to Remand in said USDC lawsuit.)

Would you kindly advise me of any further steps that I or my client need to undertake in connection with this Request. Thank you very much.

Very truly yours,

Philip H. Bartels

cc:   John Hughes, Esq.  
      Mr. John P. Eikrem (YMCA)  
      Harry E. Peden, III, Esq. (YMCA)  
      Mary E. Sommer, Esq. (TPL)  
      Dorothy Nelson Stookey, Esq. (TPL)  
      Mr. Timothy Northrop (TPL)

COPY