WORLD CITY AMERI2

Ex 8

No. 3-03-CV-462 (AHN)
The Calf Island Community Trust, Inc., et al.
v. Young Men's Christian Association of Greenwich, a/k/a, et al. - YMCA's Supplemental Memo
(United States District Court, at Bridgeport, CT)

(a) **The Status of the Commencement of the Condemnation Proceeding.** In response to the 6/13/02 Request Letter, the Regional Office of the Fish and Wildlife Service (the "FWS"), of the Department of the Interior, agreed with the YMCA's request and, in turn, has requested permission from the Director of the FWS in Washington, D.C. to file the condemnation proceeding (the "C/P"). (Said FWS request is the "C/P Request"). The current status of C/P Request is that: (i) the FWS's internal "surnaming" process (i.e., obtaining the approvals/sign-offs for the C/P within the various levels of the FWS central office in Washington) is now nearing completion; and (ii) the final stages of the C/P approval process will then start via the preparation of a FWS "Condemnation Package" (which consists primarily of completing certain fill-in-the-blanks standard forms), at the FWS Regional Office, that will be sent (once it has been reviewed and approved by Mr. Conte) to the Department of Justice for its commencement of the C/P. (The foregoing information was conveyed to the undersigned by Attorney Conte on 10/2/02.)

(b) **The 8/22/02 Assignment from TPL to the United States Re: the YMCA/TPL 6/30/99 Bargain Sale Option Agreement to purchase the Island.** In connection with the YMCA/TPL 6/30/99 Bargain Sale Option Agreement, as first amended on 3/12/02, the negotiations were concluded on 8/19/02 with regard to the terms of a "Memorandum of Assignment and Second Amendment" (the "ASA Memo"). In connection with the ASA Memo: (i) the YMCA, TPL and the United States (acting by and through the

- 5 -