Ex 9

330 East 43rd Street
New York, New York 10017
Tel: 212-972-9000
Fax: 212-972-9006



# Fax

| **To:** | The Hon. Alan H. Nevas | **From:** | John S. Rogers |
|---|---|---|---|
| **Fax:** | 203-579-5651 | **Pages:** | -3- |
| **Phone:** | 203-579-5983 | **Date:** | 7/30/2003 |
| **Re:** | Calf Island Community Trust vs. YMCA of Greenwich and U.S. v. 28.8 Acres of Land, etc. al. (Civil No. 303CV00275 AVC) | | |

X Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

CC:

John Hughes, Esq.
U.S. Attorney
Attorney for Plaintiff
Fax: 203-773-5373

Philip Bartels, Esq.
Attorney for Defendant YMCA
Fax: 203-869-4648

Brenden P. Leydon, Esq.
203-324-1407

**John S. Rogers**
Attorney at Law

330 East 43rd Street
New York, NY 10017

212.972.9000

July 30, 2003 – Via telefax: 203-579-5983

Honorable Alan H. Nevas
Senior United States District Judge
U.S. District Court
Bridgeport, Connecticut

Re: USA v. 28.8 Acres of Land, etc. et al.  (Civil No. 303CV00275 AVC)

Dear Judge Nevas,

I am an attorney admitted to practice in the Courts of the State of New York, the U.S. District Courts for the Southern and Eastern Districts of New York, the Court of Appeals for the Second Circuit, and the United States Supreme Court, courts before which I practiced for over 30 years.

I am General Counsel to The Calf Island Community Trust, a party in interest in the captioned proceeding, and have also served as a legal advisor to Defendant Marlyn Tsai.

Prior to his discharge for cause this evening as attorney for the Trust and Defendant Tsai, counsel of record in this proceeding has been Mr. Brenden Leydon.

The purpose of this letter, and of my telephone conversation this afternoon with your clerk, Mr. Harold Chen, is to inform you of the discharge of Mr. Leydon this evening under circumstances which render it impossible for the Trust or Mrs. Tsai to have replacement counsel present at tomorrow's hearing to present what we truly believe to be valid and substantial grounds for opposing distribution of escrowed funds to the YMCA or to any other party in interest at this stage in the proceeding under the terms of FRCP 71A(c)(2) and relevant Advisory Committee Notes and case law (which we provided him).

Specifically, despite our instructions to Mr. Leydon to file a pre-hearing Memorandum of Law setting forth the aforesaid grounds for our opposition, including the Court's lack of jurisdiction to make such distribution at this juncture in the proceeding, and our request to be kept apprised of his compliance with these instructions and of the scheduled date of the hearing (which your Honor indicated would be forthcoming at the July 16th status conference), Mr. Leydon advised us for the first time, at approximately 4:15 p.m. today, of the hearing to be held at 9:30 a.m. tomorrow morning, and made clear that he had done nothing to present our position to the Court and was not prepared to do so.

Honorable Alan H. Nevas – Page 2

As your Honor will appreciate, this turn of events, arising without any fault of the affected parties in interest and despite their diligent efforts to have their position presented to the Court at this hearing, leaves important interests in this proceeding unrepresented, and prejudiced by lack of due process if a disposition were to be made in the absence of their participation in the proceeding or an opportunity to be heard.

I would add that on two occasions Mr. Leydon has implied that your Honor might construe our valid procedural and substantive objections to distribution from the escrow at this time as motivated by "spite" or "vindictiveness" towards the YMCA. While we do not credit any such suggestion, such observations by Mr. Leydon can only suggest that he has failed to convey to the Court our considered and substantial reasons for objecting to distribution to the YMCA, or to *any other* interest, as premature and an exercise of discretion not permitted under the FRCP.

I very much regret that the short notice (an hour before close of business), and my unalterable preexisting commitments for tomorrow morning, prevent me from picking up the gauntlet and appearing before your Honor tomorrow morning.

I therefore respectfully request the indulgence of the Court, for good cause shown, granting the Trust and Mrs. Tsai additional time to be heard, either by new counsel to be appointed or, failing that and in the interim, by the undersigned.

Respectfully submitted,

John S. Rogers
General Counsel
The Calf Island Community Trust

cc:     John Hughes, Esq.
        U.S. Attorney
        Attorney for Plaintiff
        Fax: 203-773-5373

        Philip Bartels, Esq.
        Attorney for Defendant YMCA
        Fax: 203-869-4648

        Brendon P. Leydon, Esq.
        Fax: 203-324-1407



330 East 43rd Street
New York, New York 10017
Tel: 212-972-9000
Fax: 212-972-9006



**John S. Rogers**
**Attorney at law**

# Fax

| To: | The Hon. Alan H. Nevas | From: | John S. Rogers |
|---|---|---|---|
| Fax: | 203-579-5651 | Pages: | -3- |
| Phone: | 203-579-5983 | Date: | 7/30/2003 |
| Re: | Calf Island Community Trust vs. YMCA of Greenwich and U.S. v. 26.8 Acres of Land, etc. al. (Civil No. 303CV00275 AVC) | | |

X Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

CC:

John Hughes, Esq.
U.S. Attorney
Attorney for Plaintiff
Fax: 203-773-5373

Philip Bartels, Esq.           
Attorney for Defendant YMCA
Fax: 203-869-4648

Brenden P. Leydon, Esq.
203-324-1407

330 East 43rd Street
New York, New York 10017
Tel: 212-972-9000
Fax: 212-972-9006



**John S. Rogers
Attorney at law**



# Fax

| | | | |
|---|---|---|---|
| **To:** | The Hon. Alan H. Nevas | **From:** | John S. Rogers |
| **Fax:** | 203-579-5651 | **Pages:** | -3- |
| **Phone:** | 203-579-5983 | **Date:** | 7/30/2003 |
| **Re:** | Calf Island Community Trust vs. YMCA of Greenwich and U.S. v. 28.8 Acres of Land, etc. al. (Civil No. 303CV00275 AVC) | | |

**X Urgent**     ☐ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

CC:

John Hughes, Esq.
U.S. Attorney
Attorney for Plaintiff
Fax: 203-773-5373

Philip Bartels, Esq.
Attorney for Defendant YMCA
Fax: 203-869-4648

Brenden P. Leydon, Esq.
203-324-1407