UNITED STATES DICTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI<br>Plaintiffs<br><br>v.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND INC.<br>Defendants | Civil No. 3:02CV462 (AHN)<br>(Master Case/ALL CASES) |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET. AL.,<br>Defendants. | Civil No.3-03-CV-275(AHN)<br><br><br><br><br><br><br><br><br>May 5, 2004 |

## PLAINTIFF THE CALF ISLAND COMMUITY TRUST, INC.'S DISCLOSURE STATEMENT

The Calf Island Community Trust, Inc. hereby gives this Corporate Disclosure Statement pursuant to the District Court's Standing Order Re: Disclosure Statement. The Calf Island Community Trust, Inc. is a Connecticut nonstick corporation and it does not have any parent corporations or any stockholders.

Dated: May 5, 2004 at Stamford, Connecticut

                                    PLAINTIFF
                                    The Calf Island Community Trust, Inc.

                                    By_____
                                        John V. A. Murray/ct06756
                                        Of Counsel
                                    DISERIO MARTIN O'CONNOR &
                                        CASTIGLIONI, LLP
                                    One Atlantic Street
                                    Stamford, CT 06901
                                    (203) 358-0800
                                                Telefax (203) 348-2321

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage paid, to all formal and informal Counsel of Record on May 5, 2004.

John Hughes, Civil Chief
United States Attorney
157 Church Street
New Haven, Ct. 06510

Joy Ryan, Trial Attorney
United States Department of Justice
Environmental and Natural Resources Division
Land Acquisition Section
P.O. Box 561, Ben Franklin Station
Washington, DC 20044

Philip H. Bartels, Esq.
Holland Kaufmann & Bartels, LLC
289 Greenwich Avenue
Greenwich, CT 06830

Jay H. Sandak, Esq.
Sandak, Friedman, Hennessy & Greco, LLP
970 Summer Street
Stamford, CT 06905

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

Mary E. Sommer, Esq.
Sandak, Friedman, Hennessy & Greco, LLP
970 Summer Street
Stamford, CT 06905

By _____
John V. A. Murray/ct06756
Of Counsel
DISERIO MARTIN O'CONNOR &
CASTIGLIONI, LLP
One Atlantic Street
Stamford, CT 06901
(203) 358-0800
Telefax (203) 348-2321