UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | | |
|---|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI | ) ) ) | CIVIL NO. 3-02-CV-462 (AHN) |
| v. | ) ) | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND (INC.) | ) ) ) ) ) | |
| UNITED STATES OF AMERICA | ) ) | CIVIL NO. 3-03-CV-275 (AHN) |
| v. | ) ) | |
| 28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | ) ) ) ) ) ) ) ) ) | May 11, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME**

*SUBJECT FILINGS*:  Opposition Memoranda by The Calf Island Community Trust, Inc., *et al.,* dated 5/5/04

---

One of the defendants in each of the above-entitled Actions, **Young Men's Christian Association of Greenwich, Connecticut (YMCA)** (the "Association"), and also the **United States of America**, which is the plaintiff in the above–referenced Condemnation Action, hereby jointly file

- 1 -

*Joint Motion for Extension of Time*                                                          •*Dated May 11, 2004*

this Local Rule 7(b) Motion for Extension of Time with regard to filing their respective Reply Briefs in connection with the above-referenced 5/5/04 Opposition Memoranda, as follows:

    1.  **The Basis for this Motion**. Last Friday, the undersigned has now filed with this Court its 40-page 5/7/04 Local Rule 72.2(a) Objection in the <u>Winthrop House Association, Inc. v. Brookside Elm Associates Limited Partnership</u>, *et al.*, No. 3-00-CV-328-AHN; and is now in the midst of preparing the post–trial Proposed Findings of Fact and Conclusions of Law in the Stamford Superior Court in <u>L. Scott Frantz v. Rutherford R. Romaine</u>, *et al.*, No. CV-00-0176623 S, which are due on 5/21/04. Also, the Government is very busy with regard to a multitude of cases. Thus, additional time is needed to file the Reply Briefs.

    2.  **Relief Requested**. The undersigned respectfully requests that the time deadline for filing the Movants' Reply Briefs to be extended for approximately three weeks, such that the Reply Briefs shall be mailed on 6/11/04, instead of 5/19/04. (In this context, the YMCA and the Government note that they did not oppose the two requests by The Calf Island Community Trust, Inc. and Mrs. Tsai for a total of an additional seven weeks within which to file their Opposition Memoranda to the 2/25/04 respective Motions by the Government and the YMCA for Partial and (full) Summary Judgment in the two cases consolidated herein.)

    3.  **Local Rule 9(b)(3) Statements**. The undersigned has inquired of opposing counsel, who has indicated on 5/11/04 that he has no position with regard to this Motion. In addition, this is to confirm that no previous Motions for Extension of Time have been requested by any party in connection with the Reply Briefs that are due in response to the 5/5/04 Opposition

*Joint Motion for Extension of Time*                                                              •*Dated May 11, 2004*

Memoranda.

•DATED May 11, 2004 at Greenwich, Connecticut.

**DEFENDANT**
Young Men's Christian Association
of Greenwich, Connecticut (YMCA), *a/k/a*

By: _____
     Philip H. Bartels
For: HOLLAND KAUFMANN & BARTELS, LLC
     Its Attorneys
     289 Greenwich Avenue
     Greenwich, CT 06830-6595
     (203) 869-5600 * (Fax) 869-4648
     (Federal Bar No. ct06836)

**CERTIFICATION**

_____THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, to all formal and informal Counsel of Record on May 11, 2004:

| | |
|---|---|
| John Hughes, Esq.<br>Civil Chief<br>United States Attorneys' Office<br>Box 1824<br>New Haven, CT 06508 | Joy Ryan, Esq.<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Land Acquisition Section<br>P.O. Box 561<br>Ben Franklin Station<br>Washington, DC 20044 |
| John Van Allen Murray, Esq.<br>Diserio Martin O'Connor & Castiglioni, LLP<br>One Atlantic Street<br>Stamford, CT 06901 | Dorothy Nelson Stookey, Esq.<br>New England Regional Counsel<br>The Trust for Public Land (Inc.)<br>33 Union Street<br>Boston, MA 02108 |
| Mary E. Sommer, Esq.<br>Sandak, Friedman, Hennessy & Greco, LLC<br>970 Summer Street<br>Stamford, CT 06905 | |

                                                    _____
                                                    Philip H. Bartels

A:\Motion for Extension of Time.wpd