UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI<br><br>v.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND (INC.) | CIVIL NO. 3-02-CV-462 (AHN) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | CIVIL NO. 3-03-CV-275 (AHN)<br><br>June 11, 2004 |

**DEFENDANT YMCA'S SUPPORTING REPLY MEMORANDUM OF LAW**

*Subject Pleading:*   Opposition Memorandum of Law in the Member Case (the Condemnation Proceeding), dated 5/5/04

# EXHIBIT "A"

SECOND STATUTORY AFFIDAVIT
(C.G.S. §47-12a)

| | |
|---|---|
| PRIOR OPTIONOR: | Young Men's Christian Association of Greenwich |
| SUBJECT PREMISES: | Calves Island (*a/k/a* Calf Island), Greenwich, CT |
| PRIOR OPTIONEE: | The Trust for Public Land (Inc.) |
| SUBJECT YMCA/TPL AGREEMENT: | Bargain Sale Option Agreement between the YMCA and TPL (Dated 6/30/99, as amended) |
| DATE HEREOF: | June 10, 2004 |

PERSONALLY APPEARED Dorothy Nelson Stookey, who being duly sworn, deposes and says:

1. Affiant. I am over the age of 18 years and believe in the obligation of an oath. I was admitted to the Bar of the Commonwealth of Massachusetts on 6/7/79. Finally, I am the New England Regional Counsel for The Trust for Public Land (Inc.) ("TPL"), which is a California nonprofit public benefit corporation with an office at 101 Whitney Avenue, New Haven, CT 06510, and with its New England Regional Office at 33 Union Street, Boston, MA 02108.

2. The YMCA/TPL 6/30/99 Agreement as Amended. The following statements pertain to a certain Bargain Sale Option Agreement, dated 6/30/99 as amended on 3/12/02 between the Young Men's Christian Association of Greenwich (the "YMCA") as Optionor and TPL as Optionee (the "YMCA/TPL Agreement"):

   (a) Option Consideration Payments. TPL timely made each of the three payments of option consideration by check to the YMCA as required by the YMCA/TPL Agreement as follows:
   i. $5,000 on July 6, 1999;
   ii. $50,000 on December 1, 1999; and
   iii. $50,000 on April 4, 2001.

   (b) Assignment and Second Amendment. On or about August 22, 2002, TPL and the YMCA executed a Memorandum of Assignment and Second Amendment ("Memorandum"), which in pertinent part, (i) was, in part, the Second Amendment to the YMCA/TPL Agreement and extended the option term of the YMCA/TPL Agreement to June 30, 2003, with a right of extension by the parties for an additional six (6) months, (ii) assigned TPL's interest in the YMCA/TPL Agreement to the United States of America ("USA") to purchase Calves Island, and (iii) clarified that two provisions in the YMCA/TPL Agreement, which are standard in TPL's form Option Agreement, Section 16 (payment of attorney's fees and court costs) and Section 17 (indemnification against claims for broker's commission or finder's fee) did not apply to the United States of America. TPL was asked to nullify the application of the two provisions to the USA as the provisions would have required the USA to agree to pay an unknown amount of funds or indemnify a

third party, both of which the Regional Solicitor for the Department of Interior stated the USA could not agree to do.

(c) <u>Confirmation</u>. As TPL's New England Regional Counsel, I hereby confirm that the YMCA/TPL Agreement was in full force and effect at the time the USA accepted and executed the Memorandum of Assignment and Second Amendment, on September 30, 2002.

(d) <u>Exercise of YWCA/TPL Agreement</u>. TPL did not exercise its option to purchase under the YMCA/TPL Agreement. Instead, TPL assigned its interest in the said Memorandum to the USA prior to the expiration of the option term, which had been extended pursuant to the Memorandum to June 30, 2003. In the meantime, the USA completed its condemnation of Calves Island on February 13, 2003 (with title vesting on said date to the USA), also prior to the June 30, 2003 expiration of the option term.

(e) <u>Appraised Value</u>. Neither TPL nor the YMCA unilaterally established the appraised value of Calves Island at $6,480,000, as referenced in the Memorandum. That figure was the value conclusion established by the United States Department of Interior Fish And Wildlife Service by an independent Appraisal Team Leader as of 7/12/99.

3. <u>Copies of Checks, Agreements and Appraisal</u>. A copy of each check, Agreement and Appraisal referred to herein are located in TPL's New England Regional Office at 33 Union Street, Boston, MA.

4. <u>Testimony</u>. If I were to appear in any proceeding in connection with the foregoing, I would testify as to the truth of the same.

AFFIANT

*Dorothy Nelson Stookey* (signature)

Dorothy Nelson Stookey

Commonwealth of Massachusetts)
                                ) ss. Boston
County of Suffolk             )

On this 10th day of June, 2004, before me, the undersigned notary public, personally appeared Dorothy Nelson Stookey, proved to me through satisfactory evidence of identification, which was personal knowledge, to be the person who signed the preceding document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.

*Brenda M. Ferreira* (signature) _____ (official signature and seal of notary).



BRENDA M FERREIRA
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 26, 2007