UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI<br><br>v.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND (INC.) | CIVIL NO. 3-02-CV-462 (AHN) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | CIVIL NO. 3-03-CV-275 (AHN)<br><br>July 26, 2004 |

**OPPOSITION BY DEFENDANT YMCA TO
THE 7/15/04 REQUEST IN THE MEMBER CASE**

RE:   *Plaintiffs' [sic] Request for Permission to File an Affidavit and Sur–Reply, dated 7/15/04*

---

In connection with its support of the Government's Motion for Partial Summary Judgment on the Pleadings (in the Member Case), dated 2/25/04, defendant **Young Men's Christian Association of Greenwich, Connecticut (the "YMCA")** hereby files this Opposition to the above–referenced Request (the "7/15/04 Request") that was filed in the Member Case by defendants The Calf Island Community Trust, Inc. and Marlyn Tsai (collectively, the "Trust"). More particularly, the YMCA states:

*No. 3-02-CV-462 (AHN) (Master Docket)*
*No. 3-03-CV-275 (AHN) (<u>Member Case</u>)*
<u>*(United States District Court, at Bridgeport, CT)*</u>         •*YMCA's 7/26/04 Opposition*

1. **<u>The Status of the Member Case</u>**. In connection with the Government's 2/25/04 Motion for Partial Summary Judgment, the briefing was concluded with the Government's 6/10/04 Reply Memorandum (and also the YMCA's 6/11/04 Supporting Reply Memorandum—the "6/11/04 YMCA Brief"). In this context, the Trust a month later has now filed its 7/15/04 Request, not to supplement its discussion of the relevant statutes, cases and other applicable law, but instead purportedly just to attempt to counterpoint some facts in the 7/10/04 Second Statutory Affidavit by TPL's Dorothy Nelson Stookey, Esq. that had been filed as Exhibit "A" to the 6/11/04 YMCA Brief.

2. **<u>The YMCA's Opposition to the 7/15/04 Request</u>**. As noted in the 6/11/04 YMCA Brief, at pp. 9-10, the Trust had included in the 5/5/04 Opposition Brief (in the Member Case) a wide-ranging litany of allegations about pre-2/13/03 Condemnation conduct of the Government and also the YMCA and TPL. In brief, said allegations are not only wrong (as affirmed in the Stookey Affidavit), but more importantly in the instant context the Trust's allegations have nothing to do with the extensive discussion of the applicable law by the Government (and the YMCA) in connection with the pending 2/25/04 Motion for Partial Summary Judgment. Rather, via the 7/15/04 Request, it has become quite apparent that the Trust simply will not accept the fact that there must be finality to these proceedings and thus an end to its opposition to the Government's acquisition of Calves Island as a part of the Stewart B. McKinney National Wildlife Refuge.

3. **<u>The Government's Position</u>**. The Government has reviewed this Opposition Memorandum and agrees, for the reasons stated herein, that the 7/15/04 Request should be denied.

Case 3:02-cv-00462-AHN   Document 66   Filed 07/27/2004   Page 3 of 4

*No. 3-02-CV-462 (AHN) (Master Docket)*
*No. 3-03-CV-275 (AHN) (Member Case)*
*(United States District Court, at Bridgeport, CT)*   •*YMCA's 7/26/04 Opposition*

**WHEREFORE**, the YMCA respectfully requests that the Trust's 7/15/04 Request be denied.

•Dated July 26, 2004 at Greenwich, CT.

           **DEFENDANT**
           Young Men's Christian Association
           of Greenwich, Connecticut (YMCA), *a/k/a*

By: _____
           Philip H. Bartels
For:  HOLLAND, KAUFMANN & BARTELS, LLC
           Its Attorneys
           289 Greenwich Avenue
           Greenwich, CT 06830-6595
           (203) 869-5600 * (Fax) 869-4648
           (Federal Bar No. ct06836)

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)                    •YMCA's 7/26/04 Opposition

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, to all formal and informal Counsel of Record on July 26, 2004:

John Hughes, Esq.
Civil Chief
United States Attorneys' Office
Box 1824
New Haven, CT 06508

Joy Ryan, Esq.
United States Department of Justice
Environment and Natural Resources Division
Land Acquisition Section
P.O. Box 561
Ben Franklin Station
Washington, DC 20044

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

John Van Allen Murray, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901

Mary E. Sommer, Esq.
Sandak, Hennessy & Greco, LLC
970 Summer Street
Stamford, CT 06905

_____
Philip H. Bartels

U:\PHB\PROPERTY\YMCA\Opposition Request