UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., AND MARLYN TSAI | ) CIVIL NO. 3:02CV462(AHN) ) ) |
| V. | ) ) |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND (INC.) | ) ) ) ) ) ) ) |
| UNITED STATES OF AMERICA, | ) CIVIL NO. 3:03CV275(AHN) ) |
| V. | ) ) |
| 28.8 ACRES OF LAND, MORE OR LESS LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA) AND UNKNOWN OWNERS, ET AL., | ) ) ) ) ) ) ) ) ) ) |

**MEMORANDUM IN RESPONSE TO THE PLAINTIFFS'**
**REQUEST FOR PERMISSION TO FILE AN AFFIDAVIT AND SUR-REPLY**

The United States of America, plaintiff in the above-referenced condemnation action involving 28.8 Acres of Land, known as Calf Island, hereby opposes the request of Calf Island Community Trust, Inc. and Marlyn Tsai ("Calf Island Community Trust and Tsai") for permission to file an affidavit and sur-reply.  Although these parties are defendants in the condemnation proceeding, they are plaintiffs in a separate action which is the

lead case in these consolidated actions.  See <u>The Calf Island Community Trust, Inc. and Marlyn Tsai v. YMCA</u>. Civil No. 3:02CV462.

The stated purpose of the request to file an affidavit and a sur-reply is to provide information relating to the Calf Island Community Trust and Tsai's attempt to obtain information concerning the Bargain and Sale Option Agreement between the YMCA and the Trust for Public Land.  Although Calf Island Community Trust and Marlyn Tsai make much of this Bargain and Sale Agreement in their opposition papers to the Motion for Partial Summary Judgment on the pleadings filed by the United States and to a similar motion for Summary Judgment filed in their case by the YMCA, it is "much ado about nothing".  To the extent that Calf Island Community Trust and Tsai seek to introduce this information in the condemnation case, (Civil No. 3:03CV275(AHN)) the United States does hereby oppose it.  The Bargain and Sale Option Agreement was mentioned in the condemnation complaint and it provides some historical reference points concerning the reasons for the condemnation.  It is not, however, as Calf Island Community Trust and Marlyn Tsai describe, an agreement "on which the transaction depends".  See Plaintiff's Request ¶ 1. Whether or not the Bargain and Sale Option Agreement expired by reason of the failure of the parties to fulfill the conditions for renewal is meaningless.  The condemnation stands on its own merit based on the statutes cited and the case law

which governs in condemnation actions as outlined in the United States' Motion for Partial Summary Judgment on the Pleadings. Whether there was, or was not, a Bargain and Sale Option Agreement, whether it expired or not, whether it was utilized or not is of no moment and certainly not a defense to the propriety of the taking under the condemnation statutes.  Nor does it have any significance to the compensation issue which is to be decided later.

CONCLUSION

For all of the above reasons the request by Calf Island Community Trust and Tsai to file an Affidavit and Sur-Reply should be denied.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
FED. BAR NO. CT05289
157 CHURCH STREET - 23RD FLOOR
NEW HAVEN, CT 06510
203-821-3700
john.hughes@usdoj.gov

<u>CERTIFICATION</u>

This is to certify that a copy of the within and foregoing Memorandum in Reply to Plaintiffs' Request for Permission to File an Affidavit and Sur-reply has been mailed, postage prepaid, this    day of July, 2004 to:


Philip H. Bartels, Esq.
Holland Kaufmann & Bartels, LLC
289 Greenwich Avenue
Greenwich, CT 06830

John V. A. Murray, Esq.
DiSerio Martin O'Connor &
      Castiglioni, LLP
One Atlantic Street
Satmford, CT 06901

 

_____     _____
                                               JOHN B. HUGHES
ASSISTANT U.S. ATTORNEY
FED. BAR NO. CT05289
157 CHURCH STREET - 23RD FLOOR
NEW HAVEN, CT 06510
203-821-3700