UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | | |
|---|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI | ) ) ) | CIVIL NO. 3-02-CV-462 (AHN) |
| v. | ) ) | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND (INC.) | ) ) ) ) ) | |
| UNITED STATES OF AMERICA | ) | CIVIL NO. 3-03-CV-273(AHN) |
| v. | ) ) | |
| 28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | ) ) ) ) ) ) ) ) | |
| | ) | May 11, 2004 |

**JOINT MOTION FOR EXTENSION OF TIME**

*SUBJECT FILINGS*: Opposition Memoranda by The Calf Island Community Trust, Inc., *et al.*, dated 5/5/04

---

One of the defendants in each of the above-entitled Actions, **Young Men's Christian Association of Greenwich, Connecticut (YMCA)** (the "Association"), and also the **United States of America**, which is the plaintiff in the above-referenced Condemnation Action, hereby jointly file

- 1 -