# 6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY ) | CIVIL NO. 3-02-CV-462 (AHN) |
| TRUST, INC., and MARLYN TSAI ) | |
| ) | |
| v. ) | |
| ) | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION ) | |
| OF GREENWICH, a/k/a, YMCA OF GREENWICH, ) | |
| THE TRUST FOR PUBLIC LAND, d/b/a, ) | |
| THE TRUST FOR PUBLIC LAND (INC.) ) | |
| ) | |
| UNITED STATES OF AMERICA ) | CIVIL NO. 3-03-CV-272(AHN) |
| ) | |
| v. ) | |
| ) | |
| 28.8 ACRES OF LAND, MORE OR LESS, ) | |
| LOCATED OFF THE COAST OF ) | |
| GREENWICH, SITUATED IN THE COUNTY ) | |
| OF FAIRFIELD, STATE OF CONNECTICUT, ) | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION ) | |
| OF GREENWICH, CONNECTICUT (YMCA), ) | |
| AND UNKNOWN OWNERS, ET AL. ) | |
| ) | May 11, 2004 |

SO ORDERED
ALAN H. NEVAS, U.S.D.J.
7/29/2004 GRANTED

FILED 2004 MAY 12 P 12:15
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## JOINT MOTION FOR EXTENSION OF TIME

*SUBJECT FILINGS*: Opposition Memoranda by The Calf Island Community Trust, Inc., *et al.*, dated 5/5/04

---

One of the defendants in each of the above-entitled Actions, **Young Men's Christian Association of Greenwich, Connecticut (YMCA)** (the "Association"), and also the **United States of America**, which is the plaintiff in the above-referenced Condemnation Action, hereby jointly file

- 1 -