UNITED STATES DICTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI<br>Plaintiffs<br><br>v.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND INC.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:02CV462 (AHN)<br>(Master Case/ALL CASES) |
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET. AL.,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.3-03-CV-275(AHN)<br><br><br><br><br><br><br><br><br>July 15, 2004 |

## PLAINTIFFS' REQUEST FOR PERMISSION TO FILE AN AFFIDAVIT AND SUR-REPLY

Subject Pleadings:
   (1) Defendant YMCA's 6/10/04 Supporting Reply Memorandum of Law and Second Statutory Affidavit of Dorothy Nelson Stookey

---

Plaintiffs Calf Island Community Trust, Inc. and Marlyn Tsai (in Civil No. 3-03-CV-275, by their counsel, John V.A. Murray, Of Counsel, Diserio Martin O'Connor & Castiglioni LLP, hereby file this Request for Permission to file an Affidavit and Sur-Reply for the reasons set forth below.