UNITED STATES DICTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CALF ISLAND COMMUNITY<br>TRUST, INC., and MARLYN TSAI<br>    Plaintiffs<br><br>    v.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION<br>OF GREENWICH, a/k/a YMCA OF GREENWICH,<br>THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST<br>FOR PUBLIC LAND INC.<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 3:02CV462 (AHN)<br>(Master Case/ALL CASES) |
| UNITED STATES OF AMERICA,<br>    Plaintiff<br>    v.<br><br>28.8 ACRES OF LAND, MORE OR LESS,<br>LOCATED OFF THE COAST OF<br>GREENWICH, SITUATED IN THE COUNTY<br>OF FAIRFIELD, STATE OF CONNECTICUT,<br>YOUNG MEN'S CHRISTIAN ASSOCIATION<br>OF GREENWICH, CONNECTICUT (YMCA),<br>AND UNKNOWN OWNERS, ET. AL.,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.3-03-CV-275(AHN)<br><br><br>**NOTICE OF APPEAL** |

Notice is hereby given that The Calf Island Community Trust, Inc. and Marlyn Tsai, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from each and every part of the Order of the District Court for the District of Connecticut entered in this case on January 26, 2005, granting (i) Defendant YMCA's motion for summary judgment, and (ii) the government's motion for partial judgment on the pleadings.

                                                        Respectfully submitted,

Dated February 25,2005

By_____
    John V. A. Murray/ct06756
    Attorney for Plaintiff
    The Calf Island Community Trust, Inc.
    Of Counsel
    DISERIO MARTIN O'CONNOR &
       CASTIGLIONI, LLP
    One Atlantic Street
    Stamford, CT 06901
    (203) 358-0800

**CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the within NOTICE OF APPEAL has been served upon the persons listed below by placing a copy thereof, first class postage paid this 25th day of February, 2005 to:

John Hughes, Civil Chief
United States Attorney
157 Church Street
New Haven, Ct. 06510

Joy Ryan, Trial Attorney
United States Department of Justice
Environmental and Natural Resources Division
Land Acquisition Section
P.O. Box 561, Ben Franklin Station
Washington, DC 20044

Philip H. Bartels, Esq.
Holland Kaufmann & Bartels, LLC
289 Greenwich Avenue
Greenwich, CT 06830

Jay H. Sandak, Esq.
Sandak, Friedman, Hennessy & Greco, LLP
970 Summer Street
Stamford, CT 06905

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

Mary E. Sommer, Esq.
Sandak, Friedman, Hennessy & Greco, LLP
970 Summer Street
Stamford, CT 06905

                                                        By_____
                                                          John V. A. Murray/ct06756
                                                          Of Counsel
                                                          DISERIO MARTIN O'CONNOR &
                                                             CASTIGLIONI, LLP
                                                          One Atlantic Street
                                                          Stamford, CT 06901
                                                          (203) 358-0800
                                                          Telefax (203) 348-2321