## DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** February 28, 2005    **TO:** Intake Clerk

**FROM:** Tasha Simpson   203.579.5657

**FILED**
2005 MAR -7 P 1: 53
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CASE TITLE:** Calf Island, et al vs Young Men's, et al

**DOCKET NO.:** 3:02 cv 462 (AHN)

**NOTICE OF APPEAL:** filed: February 25, 2005

**APPEAL FROM:**
final judgment: __
interlocutory: __
other: ORDER ( Document # 72 )

**DOCKET SHEET:** Attorney, updated address & phone number for <u>each</u> party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:** Paid ✓    Due _____ N/A _____

IFP revoked _____    Application Attached _____

IFP pending before district judge ___

**COUNSEL:** CJA _____    Retained ✓    Pro Se _____

**TIME STATUS:** Timely ✓   Out of Time _____

**MOTION FOR EXTENSION OF TIME:** Granted _____    Denied _____

**COA:** Granted _____    Denied _____

**COMMENTS AND CORRECTIONS:**

THIS IS THE LEAD CASE AS THIS IS A CONSOLIDATED ACTION

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: *Stanley A. Marder*   DATE: 03/03/05
DEPUTY CLERK, USCA

USCA No. _____.