UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY ) <br> TRUST, INC., and MARLYN TSAI ) <br> ) <br> v. ) <br> ) <br> YOUNG MEN'S CHRISTIAN ASSOCIATION ) <br> OF GREENWICH, a/k/a, YMCA OF GREENWICH, ) <br> THE TRUST FOR PUBLIC LAND, d/b/a, ) <br> THE TRUST FOR PUBLIC LAND (INC.) ) <br> ) | CIVIL NO. 3-02-CV-462 (AHN) |
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> 28.8 ACRES OF LAND, MORE OR LESS, ) <br> LOCATED OFF THE COAST OF ) <br> GREENWICH, SITUATED IN THE COUNTY ) <br> OF FAIRFIELD, STATE OF CONNECTICUT, ) <br> YOUNG MEN'S CHRISTIAN ASSOCIATION ) <br> OF GREENWICH, CONNECTICUT (YMCA), ) <br> AND UNKNOWN OWNERS, ET AL. ) <br> ) | CIVIL NO. 3-03-CV-275 (AHN) <br><br><br><br><br><br><br><br><br><br> March 9, 2005 |

**DEFENDANT YMCA'S MOTION TO CORRECT SCRIVENER'S ERRORS**

*Subject Decision:* Ruling on YMCA's Motion for Summary Judgment and Government's Motion for Partial Judgment on the Pleadings, dated 1/26/05

---

In connection with the above-referenced Ruling, dated 1/26/05, defendant **Young Men's Christian Association of Greenwich, Connecticut ("YMCA")** hereby respectfully files this Motion to Correct. More particularly, the YMCA believes that there are two scrivener's errors in the Ruling that should be brought to the Court's attention, as follows: (i) p. 16—in Footnote 6, the reference to "n.4" probably should be to "n.5"; and (ii) p.20—at Line No. 6, the word "prescribes" probably should be "proscribes". Thus, the YMCA respectfully requests that the Court consider re-

*No. 3-02-CV-462 (AHN) (Master Docket)*
*No. 3-03-CV-275 (AHN) (Member Case)*
*(United States District Court, at Bridgeport, CT)*

•*YMCA's 3/9/05*
*Motion to Correct Scrivener's Errors*

issuing the Ruling in corrected form or otherwise address the foregoing matters in such other manner as the Court may deem appropriate in its discretion.

• Respectfully submitted on March 9, 2005 at Greenwich, Connecticut.

By: *[signature: Philip Bartels]*

**DEFENDANT**
Young Men's Christian Association
of Greenwich, Connecticut (YMCA), *a/k/a*

Philip H. Bartels

For:  HOLLAND, KAUFMANN & BARTELS, LLC
Its Attorneys
289 Greenwich Avenue
Greenwich, CT 06830-6595
(203) 869-5600 * (Fax) 869-4648
(Federal Bar No. ct06836)

-2-

*No. 3-02-CV-462 (AHN) (Master Docket)*
*No. 3-03-CV-275 (AHN) (Member Case)*
*(United States District Court, at Bridgeport, CT)*

•*YMCA's 3/9/05*
*Motion to Correct Scrivener's Errors*

### CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, to all formal and informal Counsel of Record on March 9, 2005:

John Hughes, Esq.
Civil Chief
United States Attorneys' Office
Box 1824
New Haven, CT 06508

Joy Ryan, Esq.
United States Department of Justice
Environment and Natural Resources Division
Land Acquisition Section
P.O. Box 561
Ben Franklin Station
Washington, DC 20044

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

John Van Allen Murray, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901

Mary E. Sommer, Esq.
Sandak, Hennessy & Greco, LLC
970 Summer Street
Stamford, CT 06905

_____
Philip H. Bartels

U:\PHB\PROPERTY\YMCA\Motion to Correct Scrivener's Errors.wpd