UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC. and MARLYN TSAI, | : : : : | |
| v. | : : | Civil No. 3:02CV462 (AHN) (Lead Case) |
| YOUNG MEN'S CHRISTIAN ASSOCIATION, a/k/a YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND | : : : : : : | |
| UNITED STATES OF AMERICA | : : : | |
| v. | : : : | Civil No. 3:03CV275 (AHN) (Member Case) |
| 28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | : : : : : : : : | SEPTEMBER 26, 2005 |

**NOTICE OF COMPENSATION HEARING**

The United States hereby gives notice to Calf Island Community Trust, Inc., and to all those listed in Schedule B attached to the complaint as having a potential interest or claim to compensation, that pursuant to Rule 71A(h) Federal Rules of Civil Procedure, the Court has scheduled a hearing on the issue of just compensation for the taking which is the subject of the above-referenced condemnation action. You may present evidence as to the amount of compensation to be paid for the property and share in the distribution of the award if you can demonstrate a compensable title interest. The hearing will take place in United States District

Court, 915 Lafayette Boulevard, Bridgeport, Connecticut, Courtroom Three-Annex, before Alan H. Nevas, Senior United States District Court Judge on October 18, 2005 at 10:00 a.m. If you have any questions you may contact the Clerk's Office or plaintiff's counsel, Assistant United States Attorney John B. Hughes, at the address and phone number indicated below.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    JOHN B. HUGHES
    UNITED STATES ATTORNEY'S OFFICE
    ASSISTANT U.S. ATTORNEY
    157 CHURCH STREET
    P.O. BOX 1824
    NEW HAVEN, CT 06508
    TELEPHONE NO. (203) 821-3700
    FEDERAL BAR NO. CT05289
    JOHN.HUGHES@USDOJ.GOV

**CERTIFICATION**

      This is to certify that a copy of the within and foregoing Notice of Compensation Hearing was mailed, postage prepaid on September 26, 2005 to all parties and counsel of record and to all defendants listed on Schedule B to the Complaint in the member case.

Dorthoy Nelson Stookey, Esq.  
New England Regional Counsel  
The Trust for Public Land (Inc.)  
33 Union Street  
Boston, MA 02108  

Mary Sommer, Esq.  
Sandak, Hennessy & Greco, LLC  
970 Summer Street  
Stamford, CT 06905  

John V.A. Murray  
Diserio, Martin, O'Connor & Castiglioni  
One Atlantic St., Suite 500  
Stamford, CT 06901  

Philip H. Bartels  
Shipman & Goodwin  
289 Greenwich Ave.  
Greenwich, CT 06830-6595  

                                            JOHN B. HUGHES  
                                            CHIEF, CIVIL DIVISION