UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC. and MARLYN TSAI,<br><br>v.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION, a/k/a YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND | Civil No. 3:02CV462 (AHN)<br>(Lead Case) |
| UNITED STATES OF AMERICA<br><br>v.<br><br>28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | Civil No. 3:03CV275 (AHN) |

### STIPULATION BY THE UNITED STATES AND THE YMCA

In connection with the Compensation Hearing scheduled for October 18, 2005 in the above referenced member case the United States and the Young Men's Christian Association of Greenwich, Connecticut (the "YMCA") hereby respectfully stipulate to the following:

1. The United States commenced this condemnation action by filing a Complaint and a Declaration of Taking on February 13, 2003.

2. The United States served a Notice of Condemnation on 37 defendants listed in Schedule B of the Complaint as provided in Fed. R. Civ. P. 71A(d).

3. Fed. R. Civ. R. 71A(e) provides that a defendant waives all objections to the taking if not presented in a timely answer but may present evidence at the trial on just compensation as to the amount of just compensation to be paid for the property, and may share in the distribution of the award.

4. No defendant in the member case, other than the defendant Marlyn Tsai, and the added defendant Calf Island Community Trust, Inc., has filed an objection to the taking.

5. The objections to the taking filed by the defendants Marlyn Tsai and Calf Island Community Trust, Inc., have been found by this Court to lack merit.

6. The United States previously deposited the sum of $6,000,000.00 (Six Million Dollars) with the Court as the amount of anticipated just compensation.

7. The title owner, YMCA, filed a motion for release of the deposited funds on March 26, 2003 and a motion for disbursement of funds on June 30, 2003.

8. The Court granted the motion to disburse funds on July 31, 2003.

9. The Court disbursed the amount on deposit, plus interest, for a total sum of $6,031,749.02 to the YMCA on August 22, 2003.

10. In connection with the determination of the amount of just compensation as required by Fed. R. Civ. P. 71A(j) the proper measure of just compensation is the fair market value of the subject property as of the date of the February 13, 2003 Declaration of Taking.

11. The YMCA, as the fee simple landowner of Calves Island at the time of the February 13, 2003 Declaration of Taking, is of the opinion that the fair market value of the property on February 13, 2003 was at least $6,000,000.00 (Six Million Dollars).

12. The United States agrees with said opinion and the YMCA and the Government

agree that the just compensation to be paid to the YMCA is $6,000,000.00 (Six Million Dollars), plus the interest earned from the date of deposit to the date of disbursement.

13. The YMCA hereby expressly waives any claim that it could make to receive just compensation for Calves Island for any amount in excess of $6,000,000.00 (Six Million Dollars) as of the date of the Declaration of Taking, except for the interest earned while the estimated compensation was on deposit with the Court in an interest bearing account, which interest it acknowledges it has already received.

Dated 9/23, 2005 at New Haven, Connecticut.

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        JOHN B. HUGHES
        United States Attorney's Office
        Assistant U.S. Attorney
        157 Church Street, Po Box 1824
        New Haven, CT 06508
        Telephone No. (203) 821-3700
        Federal Bar No ct05289
        john.hughes@usdoj.gov

Dated 10/3, 2005 at Greenwich Connecticut.

        Defendant
        Young Men's Christian Association
        of Greenwich, Connecticut (YMCA), A/K/A

        By: _____
          Philip H. Bartels
        For: Shipman & Goodwin LLP
            Its Attorneys
            289 Greenwich Avenue
            Greenwich, CT 06830-6595
            (203) 869-5600 * (Fax) 869-4648
            Federal Bar No. ct06836

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, to all formal and informal Counsel of Record on October 3, 2005:

John Hughes, Esq.
Civil Chief
United States Attorneys' Office
Box 1824
New Haven, CT 06508

Joy Ryan, Esq.
United States Department of Justice
Environment and Natural Resources Division
Land Acquisition Section
P.O. Box 561
Ben Franklin Station
Washington, DC 20044

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

John Van Allen Murray, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901

Mary E. Sommer, Esq.
Sandak, Hennessy & Greco, LLC
970 Summer Street
Stamford, CT 06905

_____
Philip H. Bartels

4