UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC. and MARLYN TSAI, <br><br> v. <br><br> YOUNG MEN'S CHRISTIAN ASSOCIATION, a/k/a YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND | Civil No. 3:02CV462 (AHN) <br> (Lead Case) |
| UNITED STATES OF AMERICA <br><br> v. <br><br> 28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | Civil No. 3:03CV275 (AHN) <br> (Member Case) <br><br><br> OCTOBER 5, 2005 |

**RETURN OF SERVICE**

Pursuant to Rules 4 and 71A (d)(4) of the Federal Rules of Civil Procedure the undersigned hereby provides the following information concerning proof of service of the Notice of Condemnation. Including the title owner of record, the Young Men's Christian Association of Greenwich ("YMCA"), there were 37 persons, firms, corporations or other entities named as possibly having or claiming an interest in the property being condemned. All 37 were served by mail with the Notice of Condemnation as required in Rule 71A (d)(3). Of this total number 26 returned Waivers of Service of Judicial Process. Two of those also indicated that they did not

want to receive any additional pleadings or notices (Frederick Friedman and Donna Gasiorowski). Thereafter nine defendants who had not returned waivers were served by State Marshal Robert Wolfe and three were served by publication upon direction of the Court. See Member Case Docket Report 3:03CV00275 (AHN) #29 and #30. A list of the 37 defendants and the method of service is attached hereto as Exhibit A. A Declaration of Service by State Marshal Robert Wolfe is attached hereto as Exhibit B.

The Calf Island Community Trust Inc., was added as a party defendant after a motion by the United States was granted by the Court on July 31, 2003. See Member Case Docket Report 3:03CV00275 (AHN) #23. Thereafter, counsel appeared for Calf Island Community Trust, Inc., in the Lead and Member Cases and filed a Memorandum in Opposition to the Motion for Partial Summary Judgement [Lead Docket Report 3:02CV00462 (AHN) #44 and #57]

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN B. HUGHES
UNITED STATES ATTORNEY'S OFFICE
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
P.O. BOX 1824
NEW HAVEN, CT 06508
TELEPHONE NO. (203) 821-3700
FEDERAL BAR NO. CT05289
JOHN.HUGHES@USDOJ.GOV

## CERTIFICATION

This is to certify that a copy of the within and foregoing Return of Service was mailed, postage prepaid on October 5, 2005 to all parties and counsel of record:

Dorthoy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

Mary Sommer, Esq.
Sandak, Hennessy & Greco, LLC
970 Summer Street
Stamford, CT 06905

John V.A. Murray
Diserio, Martin, O'Connor & Castiglioni
One Atlantic St., Suite 500
Stamford, CT 06901

Philip H. Bartels
Shipman & Goodwin
289 Greenwich Ave.
Greenwich, CT 06830-6595

_____
JOHN B. HUGHES
CHIEF, CIVIL DIVISION