**37 Defendants Named**
**Waivers of Service Returned: 26**

1. YMCA
2. Louis Caravella - Tax Collector
3. DRS
4. Steven Anderson
5. William Apfelbaum Trust
6. Esther Banker
7. Frank Bueti
8. Est. Julius Silver
9. Marilyn Tsai
10. Gail Goodrich
11. Ralph Mirachi
12. Bruno Minichino
13. Joseph Vittoria
14. Bruce Whitman, Trustee
15. Frederick Friedman (no more pleadings)
16. Sandra Burns
17. Cesar Alba
18. Michael Mangano
19. Joseph Grabarz
20. Donna Gasiorowski (no more pleadings)
21. David Picard
22. George Sawicki
23. Mary Jaeger
24. Meriam Perez
25. Ella Bella
26. Jeffrey Jensen* (after service by State Marshal)

**Served by State Marshal: 9**

1. Suzanne Wahba
2. Lawrence Rebich
3. Paul Raether
4. Robert Deregibus
5. Knudsen Realty
6. Paul Antonik
7. Jeffrey Jensen*
8. Elizabeth Fischer
9. Scott Sobeski

*Jeffrey Jensen double counted

**Serve by Publication**

1. Map 5560 Association, Inc.
2. Susan L. Pilcher, Trustee of Armor Trust
3. Dyne S. Jensen & Putnam Trust, Trustees for Carl N. Jensen

