UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECEIVED

05 OCT -3 AM 9:03

U.S. ATTORNEY'S OFFICE
NEW HAVEN, CONNECTICUT

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC. and MARLYN TSAI, | |
| v. | Civil No. 3:02CV462 (AHN) (Lead Case) |
| YOUNG MEN'S CHRISTIAN ASSOCIATION, a/k/a YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND | |
| UNITED STATES OF AMERICA | |
| v. | Civil No. 3:03CV275 (AHN) (Member Case) |
| 28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | SEPTEMBER 21, 2005 |

**DECLARATION OF SERVICE**

1. I, Robert Wolfe, am employed as a Connecticut State Marshal and my duties include making service of process upon the request of civil litigants in state and federal courts.

2. On or about June 27, 2003 I was retained by the United States Attorney's Office for the District of Connecticut to make service in a condemnation action captioned United States v. 28.8 Acres of Land Located Off the Coast of Greenwich, CT et al., Civil No. 3:03CV275 (AHN).



EXHIBIT B

3. The papers to be served were copies of a Complaint, Order of Pretrial Deadlines, Motion for Order for Delivery of Possession, Memorandum In Support of Motion for Delivery of Possession, Motion for Order of Deposit, Motion of Condemnation and Declaration of Taking.

4. I was provided with a list of 11 individuals or entities to be served and I made service on all of those on the attached list except Sandra Burns and Map 5560 Association, Inc. Service was made personally upon each defendant or by leaving a copy at the address provided.

5. I am advised that the United States Attorney's Office does not have a record of having received a Return of Service from me in June/July 2003, nor did I receive a Return of Service back in the mail and accordingly I am providing this Declaration of Service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Executed on ___9/28/___, 2005

Robert Wolfe
1127 High Ridge Road
Stamford, CT 06905

Subscribed and sworn to before me, a Notary Public, in and for County of Fairfield and State of Connecticut, this ___ day of _____ 20_0_3_.

Notary Public

**WILLIAM E. MORRIS**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES APRIL 30, 2010

## NAME & ADDRESS OF PARTIES TO BE SERVED:

Suzanne P. Wahba
111 Byram Shore Road
Greenwich, CT 06830

Laurence E. Rebich
Eileen McKenna
Max Rebich
123 Byram Shore Road
Greenwich, CT 06830

Knudsen Realty, LLC
1 Spezzano Drive (Riverside)
Greenwich, CT 06878

Paul E. Raether
Wendy S. Raether
56 Harbor Drive
Greenwich, CT 06830

Sandra Burns
119 Mead Avenue
Greenwich, CT 06830

Robert L. Deregibus
Vera E. Deregibus
12 Norias Road
Greenwich, CT 06830

Map 5560 Association, Inc.
Park and Playground Purposes
109 Byram Shore Road
Greenwich, CT 06830

Elizabeth R. Fischer
110 James Street East
Greenwich, CT 06830

Paul J. Antonik
Dale E. Antonik
18 Norias Road
Greenwich, CT 06830

Jeffrey C. Jensen
66 James Street East
Greenwich, CT 06830

Scott J. Sobeski
Anna A. Sobeski
10 James Street East
Greenwich, CT 06830