UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 DEC 12  A 10: 45

U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | : | |
| v. | : | CASE NO. 3:02-CV-00462 (AHN) |
| 28.8 ACRES OF LAND, ET AL., | : | |
| Defendants. | : | DECEMBER 7, 2005 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: SUSANNE P. WAHBA.

_____
MARILYN J. RAMOS ct 11433
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
P.O. BOX 389
STAMFORD, CT 06904
(203) 325-4491
mramos@sgtlaw.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing is being mailed, postage prepaid, this 7th day of December, 2005 to:

Philip H. Bartels, Esq.
John C. Fusco, Esq.
Shipman & Goodwin
289 Greenwich Avenue
Greenwich, CT 06830

John B. Hughes
U.S. Attorney's Office
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

John V.A. Murray
Diserio, Martin, O'Connor & Castiglioni
One Atlantic St.
Suite 500
Stamford, CT 06901

Mary Sommer
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901-1026

MARILYN J. RAMOS ct11433