# MANDATE

D. Conn.
02-cv-462
Nevas, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 15th day of June, two thousand and five,

Present:
> Hon. José A. Cabranes,
> Hon. Reena Raggi,
> > *Circuit Judges*,
> Hon. Leonard B. Sand,*
> > *District Judge*.



Marilyn Tsai,

> Plaintiff,

The Calf Island Community Trust, Inc.,

> Plaintiff-Appellant,
> v.                                                                        05-1132-cv

United States of America,

> Consolidated Plaintiff-Appellee,

Young Men's Christian Association of Greenwich, Trust for Public Land, doing business for Trust for Public Land, Inc.

> Defendants-Appellees,

28.8 Acres of Land, located off coast of Greenwich, and John Doe,

> Consolidated-Defendants.

---

*The Honorable Leonard B. Sand, Senior Judge of the United States District Court for the Southern District of New York, sitting by designation

Certified: *Issued as Mandate*

Plaintiff-Appellant appeals from an order of the district court granting summary judgment to Defendant-Appellee Young Men's Christian Association of Greenwich ("YMCA") and partial judgment on the pleadings to Consolidated Plaintiff-Appellee the United States. Defendant-Appellee YMCA moves to dismiss the appeal for lack of subject matter jurisdiction and moves for imposition of sanctions pursuant to Fed. R. App. P. 38. Plaintiff-Appellant also moves for sanctions under Fed. R. App. P. 38.

Upon due consideration, it is ORDERED that the motion to dismiss is GRANTED. This Court lacks jurisdiction to review the order of the district court because it is non-final under 28 U.S.C. § 1291 and does not meet the criteria of the collateral order doctrine. *See Schwartz v. City of New York*, 57 F.3d 236, 237 (2d Cir. 1995). Plaintiff-Appellant may file a notice of appeal within thirty days of the entry of final judgment by the district court. *See* Fed. R. App. P. 4(a)(1).

It is further ORDERED that both motions for Rule 38 sanctions are DENIED because neither Appellants nor Appellees have demonstrated "an uncontrollable propensity repeatedly to pursue vexatious and harassing litigation." *In re Martin-Trigona*, 9 F.3d 226, 228 (2d Cir. 1993).

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: _____
Richard Alcantara, Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

SAO-RH