UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA,  :
    Plaintiff,  :

2005 DEC 27  A 9: 19

    v.  :  CASE NO. 3:02-cv-00462 (AHN)

U.S. DISTRICT COURT

28.8 ACRES OF LAND, ET AL.,  :

    Defendants.  :  DECEMBER 23, 2005

### MOTION FOR AWARD OF COMPENSATION

Claimant Susanne P. Wahba, through counsel, hereby moves for a determination that she is eligible, pursuant to Fed.R.Civ.Pro. 71A(e), to receive just compensation from plaintiff United States of America in connection with the plaintiff's condemnation of Calf Island in Greenwich, Connecticut.

Mrs. Wahba had a property interest in the Island by way of certain restrictive covenants contained in the 1955 deed to the Greenwich YMCA, the owner of the Island, that benefitted her property at 111 Byram Shore Road, Greenwich, Connecticut. Claimant contends that plaintiff's condemnation of the Island extinguished her property interest resulting in the depreciation in the market value of her property.

In support of this Motion, Claimant submits the attached Memorandum of Law, and the Affidavits of Susanne P. Wahba and Mahmoud A. Wahba.

CLAIMANT SUSANNE P. WAHBA,

By: _____
DAVID S. GOLUB ct00145
MARILYN J. RAMOS ct11433
SILVER, GOLUB & TEITELL LLP
184 ATLANTIC STREET
STAMFORD, CT 06905
203-325-4491

## **CERTIFICATION**

This is to certify that a copy of the foregoing is being mailed, postage prepaid, this 23rd day of December, 2005 to:

Philip H. Bartels, Esq.
John C. Fusco, Esq.
Shipman & Goodwin
289 Greenwich Avenue
Greenwich, CT 06830

John B. Hughes, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

John V. A. Murray, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street, Suite 500
Stamford, CT 06901

Mary Sommer, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901-1026

MARILYN J. RAMOS ct11433