UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI | : : : | CASE NO. 3:02cv00462 (AHN) (LEAD) |
| v. | : : | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, ET AL. | : : : | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : : | CASE NO. 3:03cv00275 (AHN) (MEMBER) |
| v. | : : | |
| 28.8 ACRES OF LAND, ET AL. | : | FEBRUARY 15, 2006 |

MOTION FOR EXTENSION OF TIME ON CONSENT

Claimant Susanne P. Wahba, through counsel, hereby moves for an extension of time up to and including February 21, 2006, within which to file a Reply Memorandum in connection with her Motion for Award of Compensation. The Memoranda of the United States of America and the Young Men's Christian Association of Greenwich, Connecticut were filed on January 30, 2006, and Claimant's Reply Memorandum is currently due on February 16, 2006.

The additional time is necessary for several reasons. Counsel David Golub and Marilyn Ramos were out of the country on vacation from January 28, 2006 through February 6, 2006. In addition, counsel were unable to access their computers the weekend of February 11 due to the snow storm and due also to the installation of a new network server at counsel's firm.

Counsel for Claimant has spoken to Attorney Philip H. Bartels, counsel for the Young Men's Christian Association, and Attorney John B. Hughes, who represents the United States of

America, to ascertain their positions with respect to this Motion. Attorney Bartels and Hughes, on behalf of their clients, have consented to the granting of this Motion.

This is Claimant's first request for an extension of time addressed to this matter.

                                                CLAIMANT SUSANNE P. WAHBA,

                    By: _____
                          DAVID S. GOLUB ct00145
                          MARILYN J. RAMOS ct11433
                          SILVER, GOLUB & TEITELL LLP
                          184 ATLANTIC STREET
                          STAMFORD, CT 06905
                          203-325-4491

## **CERTIFICATION**

This is to certify that a copy of the foregoing is being mailed, postage prepaid, this 15th day of February, 2006 to:

Philip H. Bartels, Esq.
John C. Fusco, Esq.
Shipman & Goodwin
289 Greenwich Avenue
Greenwich, CT 06830

John B. Hughes, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Julia Evans, Esq.
United States Department of Justice
Environment & Natural Resources Div.
Land Acquisition Section
P. O. Box 561
Ben Franklin Station
Washington, D.C. 20044

John V. A. Murray, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street, Suite 500
Stamford, CT 06901

Mary Sommer, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901-1026

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

_____
MARILYN J. RAMOS ct11433