UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | | |
|---|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI | ) ) ) | CIVIL NO. 3-02-CV-462 (AHN) |
| v. | ) ) | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND (INC.) | ) ) ) ) ) ) | |
| UNITED STATES OF AMERICA | ) ) | CIVIL NO. 3-03-CV-275 (AHN) |
| v. | ) ) | |
| 28.8 ACRES OF LAND, MORE OR LESS, LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT (YMCA), AND UNKNOWN OWNERS, ET AL. | ) ) ) ) ) ) ) ) ) | March 17, 2006 |

## THE YMCA'S REQUEST FOR PERMISSION TO FILE A SUR-REPLY MEMORANDUM OF LAW

*Subject Motion:*     Mrs. Wahba's Motion for Award of Compensation, dated 12/23/05

*Subject Decision:*   <u>Arnold v. Hoffer</u>, 94 Conn. App. 53, ___A.2d___ (2/28/06)

---

In connection with the above–referenced 12/23/05 Motion, the **Young Men's Christian Association of Greenwich, Connecticut** (the "YMCA") hereby respectfully files

- 1 -

| | |
|---|---|
| *No. 3-02-CV-462 (AHN) (Master Docket)* | |
| *No. 3-03-CV-275 (AHN) (<u>Member Case</u>)* | •*Request for Permission to File a* |
| *(<u>United States District Court, at Bridgeport, CT</u>)* | <u>*Sur-Reply Memorandum of Law*</u> |

this Request for Permission to file a Sur-Reply Memorandum of Law in Opposition to Mrs. Wahba's 12/23/05 Motion, as follows:

1. **<u>The 2/28/06 *Arnold v. Hoffer* Decision</u>**.  After the final brief was filed in connection with the 12/23/05 Motion, *viz.*, Mrs. Wahba's 2/21/06 Reply Brief, the Connecticut Appellate Court issued its decision in <u>Arnold v. Hoffer</u>, 94 Conn. App. 53, ___ A.2d ___(2/28/06).  Said decision addressed the issue of the enforceability of a decades–old real estate restrictive covenant and the relevance of the surrounding circumstances to said issue, including the language in subsequent deeds by the same grantor which had created the restrictive covenant in a prior deed.

2. **<u>The Request herein</u>**.  The YMCA respectfully requests that the Court permit each of the parties to have the opportunity (if they so desire) to address the <u>Arnold</u> decision in a Sur-Reply Memorandum that shall not exceed three substantive pages and which shall be filed 10 days after the entry of the Order hereon  (if this Request were to be granted).

*   *   *

•**Dated** March 17, 2006 at Greenwich, Connecticut.

No. 3-02-CV-462 (AHN) (Master Docket)
No. 3-03-CV-275 (AHN) (Member Case)
(United States District Court, at Bridgeport, CT)

•Request for Permission to File a
Sur-Reply Memorandum of Law

                      DEFENDANT
                      Young Men's Christian Association
                      of Greenwich, Connecticut (YMCA), *a/k/a*

By:    /s/ Philip H. Bartels
       Philip H. Bartels
For:   Shipman & Goodwin LLP
       Its Attorneys
       289 Greenwich Avenue
       Greenwich, CT 06830-6595
       (203) 869-5600 * (Fax) 869-4648
       (Federal Bar No. ct06836)

## CERTIFICATION OF SERVICE

      THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, or via e-mail, to all formal and informal Counsel of Record on March 17, 2006:

John Hughes, Esq.
Civil Chief
United States Attorneys' Office
Box 1824
New Haven, CT 06508

Julia Evans, Esq.
United States Department of Justice
Environment and Natural Resources Division
Land Acquisition Section
P.O. Box 561
Ben Franklin Station
Washington, DC 20044

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

John Van Allen Murray, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901

Mary E. Sommer, Esq.
Sandak, Hennessey & Greco, LLP
707 Summer Street – #3
Stamford, CT 06901–1026

David S. Golub, Esq.
Silver, Golub & Teitell LLP
184 Atlantic Street
P.O. Box 389
Stamford, CT 06904-0389

                                                   /s/ Philip H. Bartels
                                                   Philip H. Bartels