UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI | : : : | CASE NO. 3:02cv00462 (AHN) (LEAD CASE) |
| v. | : : | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, ET AL. | : : : | |
| | | |
| UNITED STATES OF AMERICA, | : : | CASE NO. 3:03cv00275 (AHN) (MEMBER CASE) |
| v. | : : | |
| 28.8 ACRES OF LAND, ET AL. | : | MARCH 20, 2006 |

**SUSANNE P. WAHBA'S OBJECTION TO
YMCA'S REQUEST FOR PERMISSION TO FILE SUR-REPLY**

Claimant Susanne P. Wahba has moved for a determination in United States of America v. 28.8 Acres of Land, et al. (the Member Case) that she is eligible to receive just compensation from plaintiff United States of America ["United States"] in connection with the condemnation of Calf Island in Greenwich, Connecticut.  In opposition to the Motion, defendant Young Men's Christian Association ["YMCA"] filed a memorandum of law, in which plaintiff United States joined.  Claimant has filed a reply memorandum.

Defendant YMCA now seeks permission from the Court to file a sur-reply memorandum of law solely to address a recent Connecticut appellate decision, Arnold v. Hoffer, 94 Conn. App. 53 (Feb. 28, 2006).  Arnold is irrelevant to the issues before the Court, and lends nothing further to the arguments already made by defendant YMCA.  Additionally, the Court can read the case for itself and determine its applicability without further briefing by the parties.

Accordingly, claimant Wahba respectfully objects to defendant YMCA's request.

                                                                              CLAIMANT SUSANNE P. WAHBA,

By: _____
     DAVID S. GOLUB ct00145
     MARILYN J. RAMOS ct11433
     SILVER, GOLUB & TEITELL LLP
     184 ATLANTIC STREET
     STAMFORD, CT 06905
     203-325-4491

**CERTIFICATION**

      This is to certify that a copy of the foregoing is being mailed, postage prepaid, this 20th day of March, 2006 to:

Philip H. Bartels, Esq.
John C. Fusco, Esq.
Shipman & Goodwin
289 Greenwich Avenue
Greenwich, CT 06830

John B. Hughes, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510

Julia Evans, Esq.
United States Department of Justice
Environment & Natural Resources Div.
Land Acquisition Section
P. O. Box 561
Ben Franklin Station
Washington, D.C. 20044

John V. A. Murray, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street, Suite 500
Stamford, CT 06901

Mary Sommer, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901-1026

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

 

                                                                                  _____
                                                                            MARILYN J. RAMOS ct11433