UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:~~03CV275~~(AHN) |
| | ) | 02cv462 |
| 28.8 ACRES OF LAND, MORE OR LESS | ) | |
| LOCATED OFF THE COAST OF | ) | |
| GREENWICH, SITUATED IN THE | ) | |
| COUNTY OF FAIRFIELD, STATE OF | ) | |
| CONNECTICUT, YOUNG MEN'S | ) | |
| CHRISTIAN ASSOCIATION OF | ) | |
| GREENWICH, CONNECTICUT AND | ) | |
| | ) | |
| UNKNOWN OWNERS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF REVESTMENT OF RESTRICTIVE COVENANT

Upon consideration of the foregoing Stipulation for Revestment of Restrictive Covenant, it is **ORDERED** that the terms of the Stipulation are approved as follows:

1. Plaintiff, the United States of America, by reason of the filing of the Declaration of Taking on February 13, 2003 and the depositing of monies as just compensation for the taking thereof, acquired by eminent domain fee simple title, together with all and singular the water rights and other rights, tenements, hereditaments and appurtenances thereunto belonging and in any way appertaining, subject to existing easements for public roads, highways, and railroads, ditches, telephone, telegraph and power transmission lines, in and to certain land described in

1

Schedule B of the Complaint in Condemnation and Declaration of Taking filed with this Court, identified herein as Calves Island, and also described herein as follows:

> The land with the buildings thereon which comprise Calves Island is located off the coast of Greenwich, Fairfield County, Connecticut. The subject property is more particularly described in a deed filed with the Greenwich Land Records in Book 538, Pages 93-98 and is further identified on the Town of Greenwich Tax Map 44, Lot 6. The land aggregates 28.8 acres, more or less, situated in and being in Fairfield County Connecticut and lies within the designated boundary of the Stewart B. McKinney National Wildlife Refuge.

2. That the condemnation of Calves Island by the United States, through the filing of a Declaration of Taking extinguished the interest of Susanne P. Wahba in Calves Island relating to a restrictive covenant contained in a deed recorded on June 24, 1955 at Book 538 and Page 93 of the Greenwich Land Records, which benefitted the property she owns located at 111 Byram Shore Road, Greenwich, Connecticut, described in two deeds filed with the Greenwich Land Records in Book 977, Page 123 and Book 3827, Pages 349-350 as follows:

> All that certain tract, piece or parcel of land, together with the buildings and improvements thereon, situated in the Town of Greenwich, County of Fairfield, and State of Connecticut, being approximately 1.50 acres in area, part of which is an access strip to Byram Shore Road, and fully and definitely shown as Lot #2 on a certain map entitled, "PROPERTY OF GEORGE P. & MONICA A. SMITH GREENWICH, CONN." certified substantially correct by Allan S. Devaul for S. E. Minor & Co., Inc., Civil Engineers, Greenwich, Conn. July 10, 1969, revised Jan. 3, 1972, which map is on file in the Town Clerk's Office of the Town of Greenwich, reference thereto being hereby made for a more particular description of said premises, said map being number 5277.

**IT IS FURTHER ORDERED**, in accordance with the stipulation of the parties, that the following portions of the restrictive covenant, as set forth below will be revested in Susanne P. Wahba, her successors and assigns:

1. Calves Island shall never be used for any purpose other than residential purposes; except it may be used for wildlife refuge purposes;

2. No building or other structure shall ever be erected or maintained on Calves Island which is more than one story or which is more than twenty five feet in height; and no building or structure shall ever be erected or maintained on that portion of the above-described land lying in the northwesterly section of Calves Island shown as a shaded area on the plan of said Calves Island attached hereto.

3. No building or structure shall ever be erected or maintained on the above-described land other than a) single-family dwellings with appurtenant outbuildings; no lot of land upon which upon a single-family dwellings with appurtenant outbuildings is erected or maintained shall be less than one acre in area, and no more than one such single-family dwellings with appurtenant outbuildings shall be erected or maintained on any lot of land; or b) buildings or structures associated with the use of Calves Island as a wildlife refuge;

4. No trees or shrubs on the above-described land shall be cut down, removed or destroyed, except as may be reasonably necessary (a) for the care and preservation generally of the trees and shrubs on the land, (b) in connection with the construction, maintenance and protection of any building or structure that may be erected or maintained on said land, and (c) to further the use of the land as a national wildlife refuge; provided that the remaining trees, shrubs and other natural growth protect the view from the area on the nearby mainland in Byram, Connecticut, lying between Byram Shore Road and the shore of Long Island Sound, and the residences erected thereon.

5. That the foregoing covenants shall be deemed and construed as running only with the land of Susanne P. Wahba as described herein and her successors and assigns.

**IT IS FURTHER ORDERED**, in accordance with the stipulation of the parties, that no further compensation is to be awarded for the taking of Susanne P. Wahba's interest in the restrictive covenant which is not revested.

Entered this _____ day of _____ 2006.

                                                                                                                                                 _____

                                                                                                                                                Alan H. Nevas
                                                                                                                                                United States District Judge

[Surveyor's map of Young Men's Christian Association of Greenwich Tracts, showing a peninsula between Long Island Sound and Captains Harbor (Long Island Sound), with an area marked as subject to a restrictive covenant. Signed by Michael J. Hayden, PLS, Regional Land Surveyor, dated 9-20-06.]