UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 SEP 27 A 11: 49

DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:~~03CV275~~(AHN) |
| | ) | 02CV462 |
| 28.8 ACRES OF LAND, MORE OR LESS | ) | |
| LOCATED OFF THE COAST OF | ) | |
| GREENWICH, SITUATED IN THE | ) | |
| COUNTY OF FAIRFIELD, STATE OF | ) | |
| CONNECTICUT, YOUNG MEN'S | ) | |
| CHRISTIAN ASSOCIATION OF | ) | |
| GREENWICH, CONNECTICUT and | ) | |
| | ) | |
| UNKNOWN OWNERS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | September 22, 2006 |

**MOTION FOR APPROVAL OF STIPULATION FOR REVESTMENT OF RESTRICTIVE COVENANT, ENTRY OF ORDER AND SUPPLEMENTAL RESPONSE TO MOTION FOR AWARD OF COMPENSATION**

The Plaintiff, United States of America, has filed a Stipulation for Revestment of Restrictive Covenant executed on behalf of the United States, the YMCA of Greenwich, Inc., and Claimant, Susanne P. Wahba. Attached to the Stipulation was a Proposed Order of Revestment of the Restrictive Covenant as outlined in the Stipulation. By this Motion, the United States requests the Court to approve the Stipulation and enter the Order of Revestment so that the Revestment can be made a matter of record in the land records for the Town of Greenwich. This Stipulation resolves the claim filed by Claimant, Susanne P. Wahba, set forth in a Motion for Award of Compensation filed on December 23, 2005. Since the Stipulation has resolved the

1

issues raised by the Motion for Award of Compensation, the United States requests that the Court deny that Motion as moot upon entry of the Order. Counsel for Claimant, Susanne P. Wahba, has been contacted and has no objection to the Motion for Award of Compensation being denied as moot.

Upon approval of the Stipulation, Entry of the Order of Revestment, and denial of the Motion for Award of Compensation, the United States will file a Motion for Entry of Final Judgment in order to conclude the matter on the Court's docket.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    */s/ John B. Hughes*

    JOHN B. HUGHES
    CHIEF, CIVIL DIVISION
    157 CHURCH STREET, 23RD FLOOR
    NEW HAVEN, CT 06510
    FEDERAL BAR #ct05289
    tel. (203) 821-3700; fax (203) 773-5373
    John.hughes@usdoj.gov

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion for Approval of Stipulation for Revestment of Restrictive Covenant, Entry of Order and Supplemental Response to Motion for Award of Compensation is being mailed, postage pre-paid, this 27th day of September, 2006 to:

Philip H. Bartels, Esq.
John C. Fusco, Esq.
Shipman & Goodwin
289 Greenwich Avenue
Greenwich, CT 06830

John V. A. Murray, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street, Suite 500
Stamford, CT 06901

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

David S. Golub, Esq.
Marilyn J. Ramos, Esq.
Silver, Golub & Teitell, L.L.P.
184 Atlantic Street
Stamford, CT 06905

Anthony Conte
Regional Solicitor
United States Department of the Interior
Office of the Solicitor General
One Gateway Center, Suite 612
Newton, MA 02458-2802

Mary Sommer, Esq.
Sandak, Hennessey & Greco
707 Summer Street
Stamford, CT 06901-1026

Julia Evans, Esq.
Lew Baylor, Esq.
United States Department of Justice
Environment & Natural Resources Div.
Land Acquisition Section
P. O. Box 561
Ben Franklin Station
Washington, D.C. 20044

_____
JOHN B. HUGHES
CHIEF, CIVIL DIVISION