105

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT

9/27/06

By... C. U.  Cody

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| 28.8 ACRES OF LAND, MORE OR LESS LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT AND UNKNOWN OWNERS, ET AL., | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

CIVIL NO.  3:~~03CV273~~(AHN)
02CV462

APPROVED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.
9/28, 20 06

### STIPULATION FOR REVESTMENT OF RESTRICTIVE COVENANT

WHEREAS, Plaintiff, The United States of America, commenced the above entitled

action for the purpose of acquiring by eminent domain certain land described in Schedule B of

the Complaint in Condemnation and Declaration of Taking filed with this Court, identified

herein as Calves Island, and also described herein as follows:

> The land with the buildings thereon which comprise Calves Island is located off the coast of Greenwich, Fairfield County, Connecticut.  The subject property is more particularly described in a deed filed with the Greenwich Land Records in Book 538, Pages 93-98 and is further identified on the Town of Greenwich Tax Map 44, Lot 6.   The land aggregates 28.8 acres, more or less, situated in and being in Fairfield County Connecticut and lies within the designated boundary of the Stewart B. McKinney National Wildlife Refuge.

2006 SEP 29  A

1