106/107

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 SEP 27 A 11: 49
DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL NO. 3: ~~03CV275~~(AHN) 02CV462 |
| 28.8 ACRES OF LAND, MORE OR LESS LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT and UNKNOWN OWNERS, ET AL., | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | September 22, 2006 |

SO ORDERED
ALAN H. NEVAS, U.S.D.J.
GRANTED 9/29 ,20 06

## MOTION FOR APPROVAL OF STIPULATION FOR REVESTMENT OF RESTRICTIVE COVENANT, ENTRY OF ORDER AND SUPPLEMENTAL RESPONSE TO MOTION FOR AWARD OF COMPENSATION

The Plaintiff, United States of America, has filed a Stipulation for Revestment of Restrictive Covenant executed on behalf of the United States, the YMCA of Greenwich, Inc., and Claimant, Susanne P. Wahba. Attached to the Stipulation was a Proposed Order of Revestment of the Restrictive Covenant as outlined in the Stipulation. By this Motion, the United States requests the Court to approve the Stipulation and enter the Order of Revestment so that the Revestment can be made a matter of record in the land records for the Town of Greenwich. This Stipulation resolves the claim filed by Claimant, Susanne P. Wahba, set forth in a Motion for Award of Compensation filed on December 23, 2005. Since the Stipulation has resolved the

FILED 2006 SEP 29 A [illegible] DISTRICT COURT

1