UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI, <br><br> Plaintiffs, <br><br> v. <br><br> YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND (INC.), <br><br> Defendants. | CIVIL NO. 3-02-CV-462 (AHN) <br><br><br><br><br><br><br><br><br><br> December 15, 2006 |

## THE YMCA'S MOTION FOR FINAL JUDGMENT

Defendant **Young Men's Christian Association of Greenwich, Connecticut** (the "YMCA") hereby respectfully moves for the entry of a Final Judgment in the above-entitled Action pursuant to Rule 58(d) of the Federal Rules of Civil Procedure. (A proposed Final Judgment is attached for the Court's consideration.) The YMCA hereby confirms that it has consulted with the Counsel of Record for each of the other parties in this Action, who have stated on December 13, 2006 that they have no objection to this Motion.

\* \* \*

•Dated December 15, 2006 at Greenwich, Connecticut.

**DEFENDANT**
Young Men's Christian Association
of Greenwich, Connecticut (YMCA), *a/k/a*

By: _____
Philip H. Bartels

For: Shipman & Goodwin LLP
Its Attorneys
289 Greenwich Avenue
Greenwich, CT 06830-6595
(203) 869-5600 * (Fax) 869-4648
(Federal Bar No. ct06836)

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, or via e-mail, to all formal and informal Counsel of Record on December 15, 2006:

John Hughes, Esq.
Civil Chief
United States Attorneys' Office
Box 1824
New Haven, CT 06508

John Van Allen Murray, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

Mary E. Sommer, Esq.
Sandak, Hennessey & Greco, LLP
707 Summer Street – #3
Stamford, CT 06901–1026

_____
Philip H. Bartels

#6415 v1 - YMCA Motion for Final Judgment

- 2 -