UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | |
|---|---|
| THE CALF ISLAND COMMUNITY ) <br> TRUST, INC., and MARLYN TSAI, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> YOUNG MEN'S CHRISTIAN ASSOCIATION ) <br> OF GREENWICH, a/k/a, YMCA OF GREENWICH, ) <br> THE TRUST FOR PUBLIC LAND, d/b/a, ) <br> THE TRUST FOR PUBLIC LAND (INC.), ) <br> ) <br> Defendants. ) <br> ) | CIVIL NO. 3-02-CV-462 (AHN) <br><br><br><br><br><br><br><br><br><br><br><br> December 15, 2006 |

## **FINAL JUDGMENT**

Upon the Motion for Final Judgment that has been filed by defendant **Young Men's Christian Association of Greenwich, Connecticut** (the "YMCA"), dated December 15, 2006, and the Court, being of the view that the law and evidence support the final resolution of this matter in accordance with the Ruling on Motions for Summary Judgment, which is a matter of record in this case, therefore, hereby makes the following findings pursuant to Rule 58(a)(1) of the Federal Rules of Civil Procedure:

    1.    On March 14, 2002, the YMCA filed its Notice of Removal to this Court with regard to the case (bearing Docket No. CV-02-0188354 S) that was filed in the Connecticut Superior Court, for the Judicial District of Stamford/Norwalk, at Stamford, by the plaintiffs herein, The Calf Island Community Trust, Inc. and Marlyn Tsai, via their Complaint, which was dated February 13, 2002.

2.  In connection with the plaintiffs' Motion to Remand, dated April 9, 2002, to remand this Action back to the Connecticut Superior Court, at Stamford, the Court denied said Motion on March 31, 2003.

3.  Pursuant to the YMCA's Amended Motion to Consolidate, dated March 4, 2003, this Action, with Docket Number 3-02-CV-462 (AHN), was consolidated with the Government's Condemnation Action, <u>United States of America v. 28.8 Acres of Land, More or Less, et al.</u>, bearing Docket No. 3-03-CV-275 (AHN), on March 31, 2003.

4.  In connection with the YMCA's Motion for Summary Judgment, dated February 25, 2004, and the Government's Motion for Partial Summary Judgment that was filed in the Condemnation Action, dated February 25, 2004, the Court entered its Ruling thereupon on January 26, 2005. As it pertains to this Action, the Ruling held: that this Action was rendered moot by the Condemnation Action; and that, even if the claims raised herein by the plaintiffs in their February 13, 2002 Complaint were meritorious, neither plaintiff would have standing to assert them.

It is therefore ORDERED and ADJUDGED that a Final Judgment be entered in that this Action is hereby dismissed with prejudice as to all parties. In addition, the parties shall be responsible for their own legal fees, costs and expenses, including attorneys' fees, consultants' fees and any other expenses.

•**DATED** at Bridgeport, Connecticut this ____ day of December, 2006.

                                                    **ALAN H. NEVAS**
                                                    Senior United States District Judge

#6417 v1 - YMCA Final Judgment

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

| | | |
|---|---|---|
| THE CALF ISLAND COMMUNITY<br>TRUST, INC., and MARLYN TSAI,<br><br>  Plaintiffs,<br><br>v.<br><br>YOUNG MEN'S CHRISTIAN ASSOCIATION<br>OF GREENWICH, a/k/a, YMCA OF GREENWICH,<br>THE TRUST FOR PUBLIC LAND, d/b/a,<br>THE TRUST FOR PUBLIC LAND (INC.),<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 3-02-CV-462 (AHN)<br><br><br><br><br><br><br><br><br><br><br><br>December 15, 2006 |

## THE YMCA'S MOTION FOR FINAL JUDGMENT

Defendant **Young Men's Christian Association of Greenwich, Connecticut** (the "YMCA") hereby respectfully moves for the entry of a Final Judgment in the above-entitled Action pursuant to Rule 58(d) of the Federal Rules of Civil Procedure. (A proposed Final Judgment is attached for the Court's consideration.) The YMCA hereby confirms that it has consulted with the Counsel of Record for each of the other parties in this Action, who have stated on December 13, 2006 that they have no objection to this Motion.

\*     \*     \*

Case 3:02-cv-00462-AHN   Document 113-2   Filed 12/21/2006   Page 4 of 4

No. 3-02-CV-462 (AHN) (Master Docket)                    •The YMCA's Motion for
(United States District Court, at Bridgeport, CT)              Final Judgment

•**Dated** December 15, 2006 at Greenwich, Connecticut.

**DEFENDANT**
Young Men's Christian Association
of Greenwich, Connecticut (YMCA), *a/k/a*

By:  *[signature]*
     Philip H. Bartels
For:  Shipman & Goodwin LLP
     Its Attorneys
     289 Greenwich Avenue
     Greenwich, CT 06830-6595
     (203) 869-5600 * (Fax) 869-4648
     (Federal Bar No. ct06836)

## CERTIFICATION OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing shall be mailed this day, postage prepaid, or via e-mail, to all formal and informal Counsel of Record on December 15, 2006:

John Hughes, Esq.
Civil Chief
United States Attorneys' Office
Box 1824
New Haven, CT 06508

John Van Allen Murray, Esq.
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

Mary E. Sommer, Esq.
Sandak, Hennessey & Greco, LLP
707 Summer Street – #3
Stamford, CT 06901-1026

*[signature]*
Philip H. Bartels

#6415 v1 - YMCA Motion for Final Judgment