UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(at Bridgeport)

FILED

2007 JAN 25 P 2: 36

US DISTRICT COURT
BRIDGEPORT CONN

| | | |
|---|---|---|
| THE CALF ISLAND COMMUNITY TRUST, INC., and MARLYN TSAI, | ) ) ) | CIVIL NO.: 3-02-CV-462 (AHN) |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, a/k/a, YMCA OF GREENWICH, THE TRUST FOR PUBLIC LAND, d/b/a, THE TRUST FOR PUBLIC LAND (INC.), | ) ) ) ) ) | |
| Defendants. | ) ) ) | December 15, 2006 |

## FINAL JUDGMENT

Upon the Motion for Final Judgment that has been filed by defendant **Young Men's Christian Association of Greenwich, Connecticut** (the "YMCA"), dated December 15, 2006, and the Court, being of the view that the law and evidence support the final resolution of this matter in accordance with the Ruling on Motions for Summary Judgment, which is a matter of record in this case, therefore, hereby makes the following findings pursuant to Rule 58(a)(1) of the Federal Rules of Civil Procedure:

1.    On March 14, 2002, the YMCA filed its Notice of Removal to this Court with regard to the case (bearing Docket No. CV-02-0188354 S) that was filed in the Connecticut Superior Court, for the Judicial District of Stamford/Norwalk, at Stamford, by the plaintiffs herein, The Calf Island Community Trust, Inc. and Marlyn Tsai, via their Complaint, which was dated February 13, 2002.

- 1 -

*No. 3-02-CV-462 (AHN)*
*(United States District Court, at Bridgeport, CT)*

•*Final Judgment*

2.    In connection with the plaintiffs' Motion to Remand, dated April 9, 2002, to remand this Action back to the Connecticut Superior Court, at Stamford, the Court denied said Motion on March 31, 2003.

3.    Pursuant to the YMCA's Amended Motion to Consolidate, dated March 4, 2003, this Action, with Docket Number 3-02-CV-462 (AHN), was consolidated with the Government's Condemnation Action, United States of America v. 28.8 Acres of Land, More or Less, *et al.*, bearing Docket No. 3-03-CV-275 (AHN), on March 31, 2003.

4.    In connection with the YMCA's Motion for Summary Judgment, dated February 25, 2004, and the Government's Motion for Partial Summary Judgment that was filed in the Condemnation Action, dated February 25, 2004, the Court entered its Ruling thereupon on January 26, 2005. As it pertains to this Action, the Ruling held: that this Action was rendered moot by the Condemnation Action; and that, even if the claims raised herein by the plaintiffs in their February 13, 2002 Complaint were meritorious, neither plaintiff would have standing to assert them.

It is therefore ORDERED and ADJUDGED that a Final Judgment be entered in that this Action is hereby dismissed with prejudice as to all parties. In addition, the parties shall be responsible for their own legal fees, costs and expenses, including attorneys' fees, consultants' fees and any other expenses.

•DATED at Bridgeport, Connecticut this 23 day of ~~December~~ JAN, 2007.

ALAN H. NEVAS
Senior United States District Judge

#6417 v1 - YMCA Final Judgment

- 2 -