UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL NO.   3:03CV275(AHN) |
| 28.8 ACRES OF LAND, MORE OR LESS LOCATED OFF THE COAST OF GREENWICH, SITUATED IN THE COUNTY OF FAIRFIELD, STATE OF CONNECTICUT, YOUNG MEN'S CHRISTIAN ASSOCIATION OF GREENWICH, CONNECTICUT AND | ) ) ) ) ) ) ) ) ) | 3:02CV462(AHN) *Lead Case* |
| UNKNOWN OWNERS, ET AL., | ) ) | August __8__, 2008 |
| Defendants. | ) | |

## JOINT MOTION TO REVISE ORDER OF REVESTMENT OF RESTRICTIVE COVENANT

The United States of America, the plaintiff in this land condemnation case, and intervening-defendant, Susanne P. Wahba, hereby jointly move to revise the Order of Revestment of Restrictive Covenant entered by the Court on September 28, 2006. In that Order, the Court approved the terms of a Stipulation for Revestment of Restrictive Covenant which had also been approved on September 28, 2006. The Stipulation and Order, recorded respectively on the land records of the Town of Greenwich, Connecticut at Book 5310, Pages 255-261 and Book 5310, Pages 262-266, provide for the revestment of a restrictive covenant referred to in the chain of title of Susanne P. Wahba, a claimant in the above-referenced condemnation case. The language of the revested restrictive covenant is set forth in the Stipulation and Order in five numbered paragraphs. Within paragraph 2, there is a reference to an attached plan of Calves Island which defines a no-build zone in the northwest corner of Calves Island.

The United States and Susanne P. Wahba have agreed that the map attached to the Stipulation and Order should be revised to show a larger no-build zone which comprises the westerly half of Calves Island. A copy of a Revised Plan of Calves Island signed by Michael W. Finkbeiner, PLS, Licensed Land Surveyor, is attached hereto as Exhibit A. It defines the revised larger no-build zone as a shaded area labeled "No-Build Zone" and contains 12.65 acres. A copy of the map was filed on July 28, 2008 in the Greenwich Land Records, indexed as Map #8352 and labeled as "Calves Island Restrictive Covenant-No Build Zone".

In all other respects the revested restrictive covenant as set forth in the Stipulation and Order shall remain in effect. To the extent it is necessary for the Court to reopen the final judgment entered on December 26, 2006 to approve this revision, the United States and intervening-defendant Wahba move the court to do so. This revision is based on newly discovered evidence that the Plan of Calves Island presently on file does not clearly depict the no-build zone, and it is in the interests of justice to allow amendment of the judgment. Rule 60(a), (b)(6), Federal Rules of Civil Procedure. A proposed Revised Order of Revestment of Restrictive Covenant is attached for the Court's consideration.

Respectfully submitted,

NORA R. DANNEHY
ACTING UNITED STATES ATTORNEY

SUSANNE P. WAHBA
INTERVENING DEFENDANT

_____    and    _____
JOHN B. HUGHES                       DAVID S. GOLUB
ASSISTANT U.S. ATTORNEY              MARILYN J. RAMOS
CHIEF, CIVIL DIVISION                SILVER, GOLUB & TEITELL, LLP
157 CHURCH STREET-23RD FL            184 ATLANTIC STREET
NEW HAVEN, CT 06510                  STAMFORD, CT 06901
203-821-3700 FAX: 203-773-5373       203-325-4491 FAX:203-325-3769
FEDERAL BAR #ct05289                 FEDERAL BAR #:ct11433
john.hughes@usdoj.gov                Mramos@sgtlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Joint Motion to Revise Order of Revestment of Restrictive Covenant is being mailed, postage pre-paid, this __8__ day of August, 2008, to:

Philip H. Bartels, Esq.
John C. Fusco, Esq.
Shipman & Goodwin
289 Greenwich Avenue
Greenwich, CT 06830

John V. A. Murray, Esq.
Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street, Suite 500
Stamford, CT 06901

Dorothy Nelson Stookey, Esq.
New England Regional Counsel
The Trust for Public Land (Inc.)
33 Union Street
Boston, MA 02108

David S. Golub, Esq.
Marily J. Ramos, Esq.
Silver, Golub & Teitell, LLP
184 Atlantic Street
Stamford, CT 06901

Anthony Conte
Regional Solicitor
United States Department of the Interior
Office of the Solicitor General
One Gateway Center, Suite 612
Newton, MA 02458-2802

Mary Sommer, Esq.
Sandak, Hennessey & Greco
707 Summer Street
Stamford, CT 06901-1026

Kristin Muenzen, Esq.
Lew Baylor, Esq.
United States Department of Justice
Environmental & Natural Resources Div.
Land Acquisition Section
P.O. Box 561
Ben Franklin Station
Washington, D.C. 20044


_____
John B. Hughes
Chief, Civil Division



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>         Plaintiff,                                     )<br>                                                              )<br> v.                                                          )         CIVIL NO.    3:03CV275(AHN)<br>                                                              )                                  3:02CV462(AHN)<br> 28.8 ACRES OF LAND, MORE OR LESS )                              *Lead Case*<br> LOCATED OFF THE COAST OF         )<br> GREENWICH, SITUATED IN THE       )<br> COUNTY OF FAIRFIELD, STATE OF   )<br> CONNECTICUT, YOUNG MEN'S         )<br> CHRISTIAN ASSOCIATION OF         )<br> GREENWICH, CONNECTICUT AND  )<br>                                                              )<br> UNKNOWN OWNERS, ET AL.,           )<br>                                                              )<br>         Defendants.                                )  | |

## REVISED ORDER OF REVESTMENT OF RESTRICTIVE COVENANT

Upon consideration of the Joint Motion to Revise Order of Revestment of Restrictive Covenant and the previously filed Stipulation for Revestment of Restrictive Covenant, recorded at Book 5310 Pages 255-261 on the Town of Greenwich Land Records, it is **ORDERED** that the Motion to Revise is granted and the Order of Revestment entered on September 28, 2006 is revised as follows:

1. Plaintiff, the United States of America, by reason of the filing of the Declaration of Taking on February 13, 2003 and the depositing of monies as just compensation for the taking thereof, acquired by eminent domain fee simple title, together with all and singular the water rights and other rights, tenements, hereditaments and appurtenances thereunto belonging and in

1

any way appertaining, subject to existing easements for public roads, highways, and railroads, ditches, telephone, telegraph and power transmission lines, in and to certain land described in Schedule B of the Complaint in Condemnation and Declaration of Taking filed with this Court, identified herein as Calves Island, and also described herein as follows:

> The land with the buildings thereon which comprise Calves Island is located off the coast of Greenwich, Fairfield County, Connecticut. The subject property is more particularly described in a deed filed with the Greenwich Land Records in Book 538, Pages 93-98 and is further identified on the Town of Greenwich Tax Map 44, Lot 6. The land aggregates 28.8 acres, more or less, situated in and being in Fairfield County Connecticut and lies within the designated boundary of the Stewart B. McKinney National Wildlife Refuge.

2. That the condemnation of Calves Island by the United States, through the filing of a Declaration of Taking extinguished the interest of Susanne P. Wahba in Calves Island relating to a restrictive covenant contained in a deed recorded on June 24, 1955 at Book 538, Page 93 of the Greenwich Land Records, which benefitted the property she owns located at 111 Byram Shore Road, Greenwich, Connecticut, described in two deeds filed with the Greenwich Land Records in Book 977, Page 123 and Book 3827, Pages 349-350 as follows:

> All that certain tract, piece or parcel of land, together with the buildings and improvements thereon, situated in the Town of Greenwich, County of Fairfield, and State of Connecticut, being approximately 1.50 acres in area, part of which is an access strip to Byram Shore Road, and fully and definitely shown as Lot #2 on a certain map entitled, "PROPERTY OF GEORGE P. & MONICA A. SMITH GREENWICH, CONN." certified substantially correct by Allan S. Devaul for S. E. Minor & Co., Inc., Civil Engineers, Greenwich, Conn. July 10, 1969, revised Jan. 3, 1972, which map is on file in the Town Clerk's Office of the Town of Greenwich, reference thereto being hereby made for a more particular description of said premises, said map being number 5277.

**IT IS FURTHER ORDERED**, in accordance with the previously filed Stipulation of the parties and the Joint Motion to Revise, that the following portions of the restrictive covenant, as set forth below will be revested in Susanne P. Wahba, her successors and assigns:

1. Calves Island shall never be used for any purpose other than residential purposes; except it may be used for wildlife refuge purposes;

2. No building or other structure shall ever be erected or maintained on Calves Island which is more than one story or which is more than twenty five feet in height; and no building or structure shall ever be erected or maintained on that portion of the above-described land lying in the westerly section of Calves Island shown as a shaded area labeled as the "No-Build Zone" on the plan of said Calves Island attached hereto as Exhibit A. A copy of the map was filed on July 28, 2008 in the Greenwich Land Records, indexed as Map #8352 and labeled as "Calves Island Restrictive Covenant-No Build Zone".

3. No building or structure shall ever be erected or maintained on the above-described land other than a) single-family dwellings with appurtenant outbuildings; no lot of land upon which a single-family dwelling with appurtenant outbuildings is erected or maintained shall be less than one acre in area, and no more than one such single-family dwelling with appurtenant outbuildings shall be erected or maintained on any lot of land; or b) buildings or structures associated with the use of Calves Island as a wildlife refuge;

4. No trees or shrubs on the above-described land shall be cut down, removed or destroyed, except as may be reasonably necessary (a) for the care and preservation generally of the trees and shrubs on the land, (b) in connection with the construction, maintenance and protection of any building or structure that may be erected or maintained on said land, and (c) to further the use of the land as a national wildlife refuge; provided that the remaining trees, shrubs and other natural growth protect the view from the area on the nearby mainland in Byram, Connecticut, lying between Byram Shore Road and the shore of Long Island Sound, and the residences erected thereon.

5. That the foregoing covenants shall be deemed and construed as running only with the land of Susanne P. Wahba as described herein and her successors and assigns.

**IT IS FURTHER ORDERED**, in accordance with the stipulation of the parties, that no further compensation is to be awarded for the taking of Susanne P. Wahba's interest in the restrictive covenant which is not revested.

Entered this _____ day of _____ 2008.

                                                                                                                 _____
                                                                                                                  Alan H. Nevas
                                                                                                                  United States District Judge

